Michael J Brosnahan
21 Hummingbird Circle
Sedona Az. 86336
mtk63@hotmail.com
(928) 300-6030

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – PRESCOTT DIVISION

| | |
|---|---|
| MICHAEL J BROSNAHAN, *pro per*<br>Consumer Claimant<br>Plaintiff<br>vs.<br>"Debt Collector"<br>CALIBER HOME LOANS Inc. and its agents,<br>LSF9 MASTER PARTICIPATION TRUST<br>and SUMMIT SERVICE AND REALTY LLC<br>and/or REAL PARTY(S) IN INTEREST<br>Defendant | CASE NO: CV    CV-16-08277-PCT-DLR<br><br>ORDER<br><br><br><br>**Assigned to Honorable** |

Pursuant to Plaintiff's Application for Emergency Restraining Order and Motion for Injunctive Relief on file herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants are immediately forbidden and restrained from taking any further action against Consumer Claimant Plaintiff MICHAEL J BROSNAHAN.

1

Defendants are ordered that they are not to sell, assign, transfer, or convey Plaintiff's real property located at 21 Hummingbird Circle, Sedona, Az. 86336-7012. Parcel Number: Lot 33 of Chapel Bell Estate Unit 4, According To Case 2 Maps, Page 324, Records Of Coconino County, Arizona, APN NO 401-54046, until further order of this Court.

Hearing is set for: _____

DONE IN OPEN COURT THIS DATE:   _____

_____
Judge of **UNITED STATES DISTRICT COURT**

_____
**MICHAEL J BROSNAHAN,** *pro per*

2