FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 2 2 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

When recorded mail to:
Michael J Brosnahan
21 Hummingbird Circle
Sedona, Arizona 88336

(Space above for recorder only)
## NOTICE OF LIS PENDENS
## UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA – PRESCOTT DIVISION

**MICHAEL J BROSNAHAN**
**Consumer Claimant PLAINTIFF**                                    Case number:
*VS*
**"Debt Collector"**
**CALIBER HOME LOANS Inc. and its agents, LSF9 MASTER PARTICIPATION TRUST and SUMMIT SERVICE AND REALTY LLC**
 **AND/OR Real Party(s) In Interest:**
**Defendant**
Pursuant to A.R.S. § 12-1191, **Notice Is Hereby Given:** That an action has been instituted and is now pending in the **UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA – PRESCOTT DIVISION** upon the complaint of MICHAEL J BROSNAHAN, Plaintiff, against the above named Defendant
 Plaintiff has reason to believe that the Defendant may have some interest in the property which may be subject to judgment and execution by reason of the within cause, and that such property is located at **21 Hummingbird Circle Sedona, Arizona** and more particularly described as the object of that action is Plaintiff's unique real property, described as follows: LOT 33 OF CHAPEL BELL ESTATE UNIT 4, ACCORDING TO CASE 2 MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA, APN NO 401-54046, MIN 1001337-0001411265-3 Deed of Trust Record # 3386186 and recorded 5/31/06, involving the unique real property specifically addressed and identified as 21 Hummingbird Circle, Sedona, Arizona [86336]
The nature and object of the actions is: **Enforcement of Fair Debt Collection Practices Act 15 U.S.C. § 1692 and Federal Question 28 U.S.C. § 1331 and Application for an Emergency Temporary Restraining Order and Imposition of Permanent Injunction** The relief sought by Plaintiff in the action is: Plaintiff declaratory and injunctive relief, consistent with the findings of the aforesaid, including, but not limited to, enjoining the above named Defendants, **as well as ANY PARTY, yet unnamed Defendant(s), from Selling, Converting, or, by any means whatsoever, Dispossessing Plaintiff of Property.**
**Notice: As fully disclosed, ANY PERSONS IN ANY MANNER dealing with the above described real estate subsequent to the filing of this action will be subject to the rights of the Plaintiff as established in this action.**
**Notice To Agent Is Notice To Principal And Notice To Principal Is Notice To Agent.**
**DATED: This 22 Day of November, 2016.**

Respectfully presented by:

Michael J Brosnahan , Plaintiff
Signed reserving all my rights without prejudice