Brian C. Lake (#020543)
Kendra L. Haar (#030959)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
BLake@perkinscoie.com
KHaar@perkinscoie.com
docketphx@perkinscoie.com

*Attorneys for Defendant Caliber Home Loans*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, and SUMMIT SERVICE AND REALTY LLC<br><br>Defendants. | No. CV-16-08277-PCT-DLR<br><br>**NOTICE OF APPEARANCE**<br><br>(Honorable Douglas L. Rayes) |

Notice is hereby given that Brian C. Lake and Kendra L. Haar of Perkins Coie LLP enter their appearance in this matter as counsel for Defendants, Caliber Home Loans, Master Participation Trust, and Summit Service and Realty LLC.

Dated: December 30, 2016

**PERKINS COIE LLP**

By: /s/ *Kendra L. Haar*
    Brian C. Lake
    Kendra L. Haar
    2901 North Central Avenue, Ste. 2000
    Phoenix, Arizona 85012-2788

Attorneys for Defendants Caliber Home Loans, LSF9 Master Participation Trust, and Summit Service and Realty LLC