Brian C. Lake (#020543)
Kendra L. Haar (#030959)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
BLake@perkinscoie.com
KHaar@perkinscoie.com
docketphx@perkinscoie.com

*Attorneys for Defendants Caliber Home Loans, LSF9 Master Participation Trust, and Summit Service and Realty LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.<br><br>　　　　Defendants. | No. CV-16-08277-PCT-DLR<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND**<br><br>(Honorable Douglas L. Rayes) |

　　　　Plaintiff Michael J. Brosnahan, appearing pro se, and Defendants Caliber Home Loans, Inc., LSF9 Master Participation Trust, and Summit Service and Realty LLC (collectively "Defendants"), by and through their counsel, have met and conferred to discuss this matter, including the possibility of settlement. The parties have also reviewed the Court's December 1, 2016 Order in this matter.

　　　　While discussions between the parties are ongoing, the parties have agreed and stipulated that:

- Plaintiff will file an amended complaint within the next two weeks,

- Defendants' time to respond to the complaint or any application for injunctive relief will not begin to run until the first amended complaint has been filed and served,
- Plaintiff will not move for default judgment on the initial complaint, and
- Defendant shall have twenty-one (21) days to file a response to the Amended Complaint.

In light of this stipulation, Plaintiff and Defendants jointly request and move that the Court enter the attached proposed order.

Dated: December 30, 2016

By: /s/ Michael J. Brosnahan

Michael J. Brosnahan

Plaintiff, appearing pro se

Dated: December 30, 2016

**PERKINS COIE LLP**

By: /s/  Kendra L. Haar
Brian C. Lake
Kendra L. Haar
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Attorneys for Defendants Caliber Home Loans, LSF9 Master Participation Trust, and Summit Service and Realty LLC