UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.<br><br>　　　　　　　Defendants. | No. CV-16-08277-PCT-DLR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND**<br><br>(Honorable Douglas L. Rayes) |

After review of the Parties' Stipulation and Joint Motion to Extend Time to Respond (Doc. # 10) and good cause appearing,

IT IS ORDERED that the Parties' Stipulation and Joint Motion to Extend Time to Respond is **Granted**, and

IT IS FURTHER ORDERED directing Plaintiff to file his Amended Complaint within fourteen (14) days of the date of this Order.  Defendants shall have twenty-one (21) days after service to file its response to the Amended Complaint.

Dated this __ day of _____, 201__.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge