# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J Brosnahan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Caliber Home Loans Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-08277-PCT-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Stipulation and Joint Motion to Extend Time to Respond. (Doc. 10.) For good cause shown,

　　　**IT IS ORDERED** that the Parties' Stipulation and Joint Motion to Extend Time to Respond is **GRANTED**.

　　　**IT IS FURTHER ORDERED** directing Plaintiff to file his Amended Complaint within fourteen (14) days of the date of this Order. Defendants shall have twenty-one (21) days after service to file its response to the Amended Complaint.

　　　Dated this 4th day of January, 2017.

　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　United States District Judge