THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LR CV 5.4,7.1(a)(i)
(Rule Number/Section) 7.1(b)(1)

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 9 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN, Consumer<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al. Debt Collector<br><br>Defendants. | No. CV-16-08277-PCT-DLR<br><br>**Notice Proof Of Service**<br><br>(Honorable Douglas L. Rayes) |

Plaintiff Michael J. Brosnahan, Consumer appearing pro se, this is notice of proof of service to the Defendants Caliber Home Loans, Inc., LSF9 Master Participation Trust, and Summit Service and Realty LLC (collectively "Debt Collector" i.e. "Defendants"). All Defendants have been served the Summons, initial Complaint and the Court's December 1, 2016 Order in this matter.

# UNITED STATES DISTRICT COURT
for the

MICHAEL J BROSNAHAN
*Plaintiff(s)*

v.

Civil Action No. CV-16-08272-PCT-DLR

CALIBER HOME LOANS INC.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CALIBER HOME LOANS INC.
13801 WIRELESS WAY
OKLAHOMA CITY OK. 73134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MICHAEL J BROSNAHAN
21 HUMMINGBIRD CIRCLE
SEDONA AZ 86336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRIAN D. KARTH**
*CLERK OF COURT*

Date: 11/23/16

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Caliber Home Loans, Inc

was received by me on *(date)* Dec 9, 2016 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Judy Best of The Corporation Company , who is designated by law to accept service of process on behalf of *(name of organization)* Caliber Home Loans, Inc 1833 S. MORGAN RD, OKLAHOMA CITY, OK 73128 on *(date)* 12/12/2016 @ 2:05PM; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Dec 14, 2016

_____
Server's signature

Curtis West - Process Server
*Printed name and title*

9393 N 90th St #121, Scottsdale, AZ 85258
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL J BROSNAHAN

*Plaintiff(s)*

v.

CALIBER HOME LOANS INC

*Defendant(s)*

Civil Action No. CV-16-08277-PCT-DCR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SUMMIT SERVICES AND REALTY, INC.
16745 W. BERNARDO DR., Ste 100
SAN DIEGO CA 92127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL BROSNAHAN
21 HUMMINGBIRD CIRCLE
SEDONA AZ 86336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRIAN D. KARTH**

*CLERK OF COURT*

Date: 11/23/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Summit Service and Realty, Inc.**
was received by me on *(date)* **12-12-16**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **AVP Eduardo Ramerez**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Summit Service and Realty, Inc.** on *(date)* **12-19-16** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12-20-16**

*Server's signature*

**Clifford Lindquist**
*Printed name and title*

**PO Box 302128
Escondido, CA 92030
760-751-9557**
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

MICHAEL J BROSNAHAN
*Plaintiff(s)*

v.

CALIBER HOME LOANS INC.
*Defendant(s)*

Civil Action No. CV-16-08277-PCT-XR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LSF9 MASTER PARTICIPATION TRUST, by CALIBER HOME LOANS INC,
C/O CALIBER HOME LOANS, INC.
1645 W. BERNARDO DRIVE, Ste 300
SAN DIEGO CA. 92127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL J BROSNAHAN
21 HUMMINGBIRD CIRCLE
SEDONA AZ. 86336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRIAN D. KARTH**
*CLERK OF COURT*

Date: 11/23/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LSF9 Master Participation Trust by Caliber Home Loans, Inc.
was received by me on *(date)* 12-22-19.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AVP Eduardo Ramerez, who is
designated by law to accept service of process on behalf of *(name of organization)* LSF Master Participation Trust by Caliber Home Loans, Inc. on *(date)* 12-27-16; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-28-16

_____
Server's signature

Clifford Lindquist
Printed name and title

PO Box 302128
Escondido, CA 92030
Server's address
760-757-9557

Additional information regarding attempted service, etc: