# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, and SUMMIT SERVICE AND REALTY LLC<br><br>Defendants. | No. CV-16-08277-PCT-DLR<br><br>**[PROPOSED] ORDER**<br><br>(Honorable Douglas L. Rayes) |

Having considered the moving and opposition papers on Defendants Caliber Home Loans, Inc., LSF9 Master Participation Trust, and Summit Service and Realty LLC (collectively "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint, arguments, and all other matters presented to the Court, and for good cause appearing:

**IT IS ORDERED** granting Defendants' Motion to Dismiss. The First Amended Complaint in this case is ordered dismissed with prejudice.