# Appendix A

Official Records of Coconino County   3601435
Candace Owens - Recorder   07/28/2011 12:38:59 PM  Pgs: 1
SIMPLIFILE LC E-RECORDING   DOTA   $13.00

**First American Title**

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:
Bank of America, N.A.
400 National way
SIMI VALLEY, CA  93065

TS No. 09-0053827
TITLE ORDER#: 4112748
APN: 401-51-046-5

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## CORPORATION ASSIGNMENT OF DEED OF TRUST ARIZONA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP**

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 05/25/2006, EXECUTED BY: MICHAEL J BROSNAHAN, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY,TRUSTOR: TO FIDELITY NATIONAL TITLE INSURANCE COMPANY, TRUSTEE AND RECORDED AS INSTRUMENT NO. 3386186 ON 05/31/2006, IN BOOK N/A, PAGE N/A, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S OFFICE OF COCONINO COUNTY, IN THE STATE OF ARIZONA.

**LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA**

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED: 07/27/2011                MORTGAGE ELECTRONIC REGISTRATION
                                  SYSTEMS, INC.

State of: TEXAS            )    BY: _Laura Dalley 7/27/11_
County of: TARRANT         )         Laura Dalley, Assistant Secretary

On JUL 2 7 2011 before me  Elsie E. Kroussakis , personally appeared  Laura Dalley   Asst. Sec.  , known to me (or proved to me on the oath of _____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_Elsie Kroussakis_
Notary Public's Signature

ELSIE E KROUSSAKIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-14-11

*Form azasgn (01/02)*

Official Records of Coconino County 3692738
Patty Hansen - Recorder 05/27/2014 08:22:02 AM Pgs: 1
INDECOMM GLOBAL SERVICES   DOTA   $9.00

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

79354852-1

## Assignment of Deed of Trust

Dated: **May 19, 2014**     Record 2nd     Loan: 7130832046

For value received **Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, by Indecomm Global Services its attorney in fact, 7105 Corporate Drive, Plano, TX 75024**, the undersigned hereby grants, assigns and transfers to **Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3, In c/o Altisource Asset Management Corporation, 402 Strand Street, Frederiksted, VI 00820**, all beneficial interest under a certain Deed of Trust dated **May 25, 2006** executed by **MICHAEL J BROSNAHAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY** and recorded in Book **XX** on Page(s) **XX** as Document Number **3386186** on **May 31, 2006 of the official records of the County Recorder of Coconino County, Arizona.**

Bank of America, N.A. successor by merger to BAC Home
Loans Servicing, LP FKA Countrywide Home Loans
Servicing, LP, by Indecomm Global Services its attorney in
fact

By: _____
Yu Yee Vang,
Assistant Secretary

STATE OF **Minnesota**      )
COUNTY **Ramsey**           ) SS

*U04682847*
10349  4/25/2014  79354852/1

On **May 19, 2014** before me, **Pang Mee Yang**, **Notary Public** in and for said State personally appeared **Yu Yee Vang**, **Assistant Secretary** of **Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, by Indecomm Global Services its attorney in fact,** personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Prepared By:
Tammy Sorbo
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

_____
Pang Mee Yang, Notary Public
My Commission expires: **January 31, 2017**

PANG MEE YANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

Official Records of Coconino County   3696095
Patty Hansen - Recorder   07/08/2014 08:08:17 AM   Pgs: 1
INDECOMM GLOBAL SERVICES   DOTA   $9.00

7S4334BD

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

## CORRECTIVE*
## Assignment of Deed of Trust

Dated: **July 2, 2014**                                                                 Loan: 7130832046

For value received **Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, by Indecomm Global Services its attorney in fact**, 7105 Corporate Drive, Plano, TX 75024, the undersigned hereby grants, assigns and transfers to **Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 4, In c/o Altisource Asset Management Corporation**, 402 Strand Street, Frederiksted, VI 00820, all beneficial interest under a certain Deed of Trust dated **May 25, 2006** executed by **MICHAEL J BROSNAHAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY** and recorded in Book **XX** on Page(s) **XX** as Document Number **3386186** on **May 31, 2006** of the official records of the County Recorder of Coconino County, Arizona.

Bank of America, N.A. successor by merger to BAC Home
Loans Servicing, LP FKA Countrywide Home Loans
Servicing, LP, by Indecomm Global Services its attorney in
fact

By: _____
Pangmee Yang,
Vice President

STATE OF Minnesota          )
COUNTY  Ramsey              ) SS

*U04775843*

On **July 2, 2014** before me, **Bao Cindy Fang**, Notary Public in and for said State personally appeared **Pangmee Yang**, Vice President of Indecomm Global Services its attorney in fact for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Prepared By:
Tammy Sorbo
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

Bao Cindy Fang, Notary Public
My Commission expires: **January 31, 2017**

BAO CINDY FANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

*To correct the assignee name on
assignment dated 5/19/2014 recorded
5/27/2014 as Document # 3692738

Official Records of Coconino County   3720139
Patty Hansen - Recorder   05/04/2015 10:17:40 AM   Pgs: 2
SIMPLIFILE LC E-RECORDING   DOTA   $9.00

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Coconino, Arizona
SELLER'S SERVICING #:7130832046 "BROSNAHAN"
SELLER'S LENDER ID#: DW SCI

Date of Assignment: March 27th, 2015
Assignor: Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 4 by it's attorney in fact Ocwen Loan Servicing, LLC at 1661 WORTHINGTON RD, SUITE 100, WEST PALM BEACH, FL 33409
Assignee: WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2 at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409

Executed By: MICHAEL J. BROSNAHAN, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), SOLELY AS NOMINEE FOR COUNTRYWIDE BANK, NA, ITS SUCCESSORS AND/OR ASSIGNS
Date of Deed of Trust: 05/25/2006 Recorded: 05/31/2006 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 3386186 In the County of Coconino, State of Arizona.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $373,500.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

   TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 4 by it's attorney in fact Ocwen Loan Servicing, LLC
On _____ MAR 2 7 2015 _____

By: *[signature]*
**REBECCA DAMME**
_, Authorized Signer

*ASI*ASIGMAC*03/27/2015 10:26:26 AM* GMAC4OGMACA00000000000004508301* AZCOCON* 7130832046 AZSTATE_TRUST_ASSIGN_ASSN *RR*RR1GMAC*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF **Iowa**
COUNTY OF **Black Hawk**

On **MAR 2 7 2015**, before me, **Vicki Pospisil**, a Notary Public in and for **Black Hawk** in the State of **Iowa**, personally appeared **REBECCA DAMME**, Authorized Signer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

**Vicki Pospisil**
Notary Expires: 6/10/2017

VICKI POSPISIL
COMMISSION NO.784538
MY COMMISSION EXPIRES
JUNE 10, 2017

(This area for notarial seal)

Official Records of Coconino County    3758829
Patty Hansen - Recorder  07/28/2016 02:51:43 PM  Pgs: 1
SIMPLIFILE LC E-RECORDING   DOTA        $9.00

Recording Requested By:

And When Recorded Mail To:
**Caliber Home Loans, Inc.**
**13801 Wireless Way**
**Oklahoma City, OK 73134**

_____ Space above for Recorder's use _____

Customer#: 1/1   Service#: **79049AS1**
Loan#: **9804529874**

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, WILMINGTON TRUST, N.A. NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, 36C STRAND STREET, CHRISTIANSTED, VI 00820-0000, hereby assign and transfer to LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, all its right, title and interest in and to said Deed of Trust in the amount of **$373,500.00**, recorded in the State of **ARIZONA**, County of **COCONINO** Official Records, dated **MAY 25, 2006** and recorded on **MAY 31, 2006**, as Instrument No. **3386186**, in Book No. ---, at Page No. ---.
Executed by: **MICHAEL J BROSNAHAN, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY** (Original Mortgagor).
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, N.A. ITS SUCCESSORS AND ASSIGNS.** Original Trustee: **FIDELITY NATIONAL TITLE INSURANCE COMPANY.**

Date: **JULY 19, 2016**
WILMINGTON TRUST, N.A. NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, BY CALIBER HOME LOANS INC., AS ATTORNEY IN FACT

By: _____
      Kendra Cook, Vice President

State of    **OKLAHOMA**      }
County of  **OKLAHOMA**      } ss.

On **JULY 19, 2016**, before me, **B. Coulter**, a Notary Public, personally appeared **Kendra Cook**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): **B. Coulter**
My commission expires: 05/14/2020

[Notary Seal: B. COULTER, NOTARY PUBLIC, # 12004612, EXP. 05/14/20, STATE OF OKLAHOMA]

Prepare By: **NAVYA ANJUKANDI**

Official Records of Coconino County 3725177
Patty Hansen - Recorder 06/26/2015 02:42:30 PM Pgs: 2
SIMPLIFILE LC E-RECORDING NST $9.00

RECORDING REQUESTED BY:
Premium Title Agency, Inc

AND WHEN RECORDED MAIL TO:
Western Progressive - Arizona, Inc.
Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200, Atlanta, GA 30328

SPACE ABOVE THIS LINE FOR RECORDER'S USE
TS No.: 2015-00057-AZ

55713083204644

## SUBSTITUTION OF TRUSTEE

WHEREAS, Michael J Brosnahan, A married man as his sole & separate property was the original Trustor, FIDELITY NATIONAL TITLE INSURANCE COMPANY was the original Trustee, and COUNTRYWIDE BANK, N.A. AS LENDER MORTGAGE ELECTRONIC REGISTRATION SYSTEMS.INC, was the original Beneficiary under that certain Deed of Trust dated 05/25/2006 and recorded on 05/31/2006 as Instrument No. 3386186, in book ---, page --- of Official Records of Coconino County, Arizona, and describe as follows

LOT 33, OF CHAPEL BELLS ESTATES UNIT. 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA

The successor trustee appointed herein qualifies as trustee of the Trust Deed in the trustee's capacity as an Insurance Company s required by ARS Section 33-803, Subsection (A)(6)

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

TS No.: 2015-00057-AZ                                              55713083204644

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned hereby substitutes **Western Progressive - Arizona, Inc., Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200, Atlanta, GA 30328** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 5/21/15

Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2, By its Servicer Ocwen Loan servicing, LLC

Kristin Frontera        Contract Management Coordinator

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged and sworn before me this 21 day of May, 2015, by Kristin Frontera as Contract Management Coordinator of Ocwen Loan Servicing, LLC, who is personally known to me or who has produced _____ as identification.

Erin M. Weston
Notary Public-State of Florida

My Commission Expires: _____

EMW 5-21-15

Notary Public State of Florida
Erin M Weston
My Commission FF 120501
Expires 05/06/2018

Version 1.0 AZ SOT 0514

Notary Public State of Florida
Erin M Weston
My Commission FF 120501
Expires 05/06/2018

Official Records of Coconino County    3761244
Patty Hansen - Recorder   08/24/2016 03:06:08 PM   Pgs: 2
SIMPLIFILE LC E-RECORDING    NST         $9.00

Recording Requested by:

When recorded mail to:
Caliber Home Loans, Inc. – Document Control
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

Space above this line for recorders use

TS # AZ-16-6657-JY           Order # 160175865-AZ-VOI

## Substitution of Trustee

WHEREAS, **MICHAEL J BROSNAHAN , A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY** was the original Trustor, **FIDELITY NATIONAL TITLE INSURANCE COMPANY** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, N.A., ITS SUCCESSORS AND ASSIGNS** was the original Beneficiary under that certain Deed of Trust dated 5/25/2006 and recorded on 5/31/2006 as Instrument No. **3386186**, in book xxx, page xxx and loan modification dated 9/4/2009 and recorded on 9/4/2009 as Instrument Number **3537378**, in Book XX, Page XX  of Official Records of **COCONINO** County, AZ describing land therein as **LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CHASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA.**  and;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes **SUMMIT SERVICES AND REALTY, LLC**, a California Corporation, whose address is 16745 W. Bernardo Dr. Suite 100, San Diego, CA 92127 as Trustee under said Deed of Trust.

**The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona Real Estate Broker.**

Page 1

Substitution of Trustee - AZ
TS # AZ-16-6657-JY
Page 2

Dated: __8/22/16__

                LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer

By: _____
             Brandy Lowry
             Authorized Signatory

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California         )
                             ) ss
County of San Diego    )

On __AUG 2 2 2016__ before me, __Jeannette L. Faust__, the undersigned Notary Public, personally appeared __Brandy Lowry__ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (Seal)

                                   JEANNETTE L. FAUST
                                   COMM. #2063882
                                   Notary Public - California
                                   San Diego County
                                   My Comm. Expires May 6, 2018

Official Records of Coconino County    3761245
Patty Hansen - Recorder   08/24/2016 03:06:08 PM   Pgs: 2
SIMPLIFILE LC E-RECORDING    TS         $9.00

Recording requested by:
When recorded mail to:
**Caliber Home Loans, Inc. – Document Control**
**13801 WIRELESS WAY**
**OKLAHOMA CITY, OK 73134**

---

Space above this line for recorders use

Order No.: **160175865-AZ-VOI**    TS No.: **AZ-16-6657-JY**    APN : **401-51-046 5**

<u>Notice of Trustee's Sale</u>

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated **5/25/2006** and recorded **5/31/2006** as Instrument **3386186**, Book **xxx**, Page **xxx**, and loan modification dated **9/4/2009** and recorded on **9/4/2009** as Instrument Number **3537378**, in Book **XX**, Page **XX** in the office of the County Recorder of **COCONINO** County, Arizona; and at public auction to the highest bidder. Notice! If you believe there is a defense to the trustee sale or if you have an objection to the trustee sale, you must file an action and obtain a court order pursuant to rule 65, Arizona rules of civil procedure, stopping the sale no later than 5:00 p.m. mountain standard time of the last business day before the scheduled date of the sale, or you may have waived any defenses or objections to the sale. Unless you obtain an order, the sale will be final:

| | |
|---|---|
| Sale Date and Time: | **11/23/2016 at 11:00 AM** |
| Sale Location: | **On the steps facing Gurley Street at the Old Yavapai County Courthouse located at 120 S. Cortez Street, Prescott AZ 86303** |
| Legal Description: | **LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CHASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA** |
| Purported Street Address: | **21 HUMMINGBIRD CIR, SEDONA, AZ 86336** |
| Tax Parcel Number: | **401-51-046 5** |
| Original Principal Balance: | **$373,500.00** |
| Name and Address of Current Beneficiary: | **LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer**<br>**C/O Caliber Home Loans, Inc.**<br>**16745 W. Bernardo Drive, Ste 300**<br>**San Diego, CA 92127** |
| Name and Address of Original Trustor: | **MICHAEL J BROSNAHAN , A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY**<br>**21 HUMMINGBIRD CIR, SEDONA, AZ 86336-7012** |
| Name and Address of Trustee/Agent: | **SUMMIT SERVICES AND REALTY, LLC**<br>**16745 W. Bernardo Dr., Ste 100**<br>**San Diego, CA 92127** |

Phone: **(866) 248-2679**
Sales Line: **714-730-2727**
Login to: www.servicelinkasap.com
AZ-16-6657-JY

The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona Real Estate Broker. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Dated: 8/23/2016                SUMMIT SERVICES AND REALTY, LLC

_____
By: Justin Yahnke, AVP

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )

County of San Diego    )

On **8/23/2016** before me, **Janet M. Smith**, the undersigned Notary Public, personally appeared **Justin Yahnke**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (Seal)

JANET M. SMITH
Commission # 1997808
Notary Public - California
San Diego County
My Comm. Expires Nov 11, 2016

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.
**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Official Records of Coconino County   3770489
Patty Hansen - Recorder   11/28/2016 04:33:50 PM   Pgs: 1
SIMPLIFILE LC E-RECORDING   TSC   $9.00

Recording requested by:

When recorded mail to:
Caliber Home Loans, Inc. – Document Control
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

Space above this line for recorders use

TS #: AZ-16-6657-JY            Title Order #: 160175865-AZ-VOI

## Cancellation of Trustee's Sale

The undersigned hereby cancels the Notice of Trustee's Sale recorded on **8/24/2016** Docket **xx**, Page **xx**, Instrument No. **3761245**, in the office of the County Recorder of **COCONINO**, State of Arizona on real property legally described as:

LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CHASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA

Which Notice of Trustee's Sale refers to a Deed of Trust executed by **MICHAEL J BROSNAHAN , A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY** as Trustor(s), in which **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, N.A., ITS SUCCESSORS AND ASSIGNS** is named Beneficiary (ies) and **FIDELITY NATIONAL TITLE INSURANCE COMPANY** as Trustee, and recorded **5/31/2006** in Docket **xxx**, Page **xxx**,Instrument No. **3386186** Records of **COCONINO**, Arizona. The following Deed of Trust was dated **5/25/2006**.

Dated: **11/23/2016**            **SUMMIT SERVICES AND REALTY, LLC**

_[signature]_

By: Justin Yahnke, AVP

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California )
County of San Diego )

Subscribed and sworn to (or affirmed) before me on **11/23/2016**, by **Justin Yahnke**, proved to me on basis of satisfactory evidence to be the person who appeared before me.

Notary Public _[signature: Jeannette L. Faust]_

JEANNETTE L. FAUST
Notary Public - California
San Diego County
Commission # 2063882
My Comm. Expires May 6, 2018

Official Records of Coconino County    3770490
Patty Hansen - Recorder   11/28/2016 04:33:50 PM   Pgs: 2
SIMPLIFILE LC E-RECORDING    TS        $12.00

Recording requested by:
When recorded mail to:
**Caliber Home Loans, Inc. – Document Control**
**13801 WIRELESS WAY**
**OKLAHOMA CITY, OK 73134**

---

Space above this line for recorders use

Order No.: 160175865-AZ-VOI    TS No.: AZ-16-6657-JY    APN : 401-51-046 5

## Notice of Trustee's Sale

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated **5/25/2006** and recorded **5/31/2006** as Instrument **3386186**, Book xxx, Page xxx, and loan modification dated 9/4/2009 and recorded on 9/4/2009 as Instrument Number 3537378, In Book XX, Page XX in the office of the County Recorder of **COCONINO** County, Arizona; and at public auction to the highest bidder. Notice! If you believe there is a defense to the trustee sale or if you have an objection to the trustee sale, you must file an action and obtain a court order pursuant to rule 65, Arizona rules of civil procedure, stopping the sale no later than 5:00 p.m. mountain standard time of the last business day before the scheduled date of the sale, or you may have waived any defenses or objections to the sale. Unless you obtain an order, the sale will be final:

| | |
|---|---|
| Sale Date and Time: | **2/27/2017 at 11:30 AM** |
| Sale Location: | Sales held daily at 11:30:00 AM At the Main entrance to the Coconino County Court-house, 200 N. San Francisco Street, Flagstaff, AZ |
| Legal Description: | LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA |
| Purported Street Address: | 21 HUMMINGBIRD CIR, SEDONA, AZ 86336 |
| Tax Parcel Number: | 401-51-046 5 |
| Original Principal Balance: | $373,500.00 |
| Name and Address of Current Beneficiary: | LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer<br>C/O Caliber Home Loans, Inc.<br>16745 W. Bernardo Drive, Ste 300<br>San Diego, CA 92127 |
| Name and Address of Original Trustor: | MICHAEL J BROSNAHAN , A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY<br>21 HUMMINGBIRD CIR, SEDONA, AZ 86336-7012 |
| Name and Address of Trustee/Agent: | SUMMIT SERVICES AND REALTY, LLC<br>16745 W. Bernardo Dr., Ste 100<br>San Diego, CA 92127 |

Phone: (866) 248-2679
Sales Line: 714-730-2727
Login to: www.servicelinkasap.com
AZ-16-6657-JY

The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona Real Estate Broker. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Dated: 11/23/2016

SUMMIT SERVICES AND REALTY, LLC

By: Justin Yahnke, AVP

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
County of San Diego     )

On 11/23/2016 before me, __Jeannette L. Faust__, the undersigned Notary Public, personally appeared **Justin Yahnke**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _Jeannette L. Faust_ (Seal)

[Notary Seal: JEANNETTE L. FAUST, Notary Public - California, San Diego County, Commission # 2063862, My Comm. Expires May 6, 2018]

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.
**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.