Brian C. Lake (#020543)
Kendra L. Haar (#030959)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
BLake@perkinscoie.com
KHaar@perkinscoie.com
docketphx@perkinscoie.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, and SUMMIT SERVICE AND REALTY LLC<br><br>Defendants. | No. CV-16-08277-PCT-DLR<br><br>**DEFENDANTS CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, AND SUMMIT SERVICE AND REALTY LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>(Honorable Douglas L. Rayes) |

This Corporate Disclosure Statement is filed on behalf of Defendants Caliber Home Loans, Inc., LSF9 Master Participation Trust, and Summit Service and Realty LLC in compliance with the provisions of:

  __X__    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1. The filing party, **Caliber Home Loans, Inc.**, hereby declares as follows:

    \_\_\_\_\_ No such corporation.

    __X__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

Caliber Home Loans, Inc. is a Delaware corporation with its principal place of business in the state of Texas. Caliber Home Loans, Inc. is a wholly-owned subsidiary of LSF6 Service Operations, LLC, a Delaware limited liability company. LSF6 Service Operations, LLC is a wholly-owned subsidiary of LSF6 Mid-Servicer Holdings, LLC, a Delaware limited liability company. No publicly-held corporation owns ten percent (10%) or more of its stock.

    \_\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

    _____ Relationship

    \_\_\_\_\_ Other (please explain).

    _____

2. The filing party, **LSF9 Master Participation Trust**, hereby declares as follows:

    __X__ No such corporation.

LSF9 Master Participation Trust is a Delaware Statutory Trust. It has no parent corporation and no publicly-held corporation owns 10% or more of LSF9 Master Participation Trust.

    \_\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

    \_\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

    _____ Relationship

    \_\_\_\_\_ Other (please explain).

    _____

3. The filing party, **Summit Services and Realty, LLC**, hereby declares as follows:

    \_\_\_\_\_    No such corporation.

    __X__    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

<u>Summit Services and Realty, LLC is a limited liability company and a fictitious name for Summit Trustee Services, LLC. Summit Trustee Services, LLC is a Delaware limited liability with its principal place of business in the state of Texas. Caliber Home Loans, Inc. is the sole member of Summit Trustee Services, LLC. No public corporation owns 10 percent or more of Summit Service and Realty, LLC's stock.</u>

    \_\_\_\_\_    Publicly held corporation, not a party to the case, with a financial interest in the outcome.

    _____ Relationship

    \_\_\_\_\_    Other (please explain).

    _____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: March 14, 2017                            **PERKINS COIE LLP**

                                                  By: /s/ *Kendra L. Haar*
                                                       Brian C. Lake
                                                       Kendra L. Haar
                                                       Suite 2000
                                                       2901 North Central Avenue
                                                       Phoenix, Arizona 85012-2788

                                                       Attorneys for Defendants Caliber Home Loans, LSF9 Master Participation Trust, and Summit Service and Realty LLC

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on March 14, 2017, I electronically transmitted the attached |
| 3 | documents to the Clerk's Office using the CM/ECF System for filing. |
| 4 | I also certify that on March 14, 2017, I served a copy of the attached documents via |
| 5 | First Class mail on Plaintiff *Pro Se* Michael J. Brosnahan, 21 Hummingbird Circle, |
| 6 | Sedona, AZ 86336-7012. |
| 7 | s/ Lisa M. Bartes |