Brian C. Lake (#020543)
Kendra L. Haar (#030959)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
BLake@perkinscoie.com
KHaar@perkinscoie.com
docketphx@perkinscoie.com

*Attorneys for Defendants Caliber Home Loans, LSF9 Master Participation Trust, and Summit Service and Realty LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.<br><br>Defendants. | No. CV-16-08277-PCT-DLR<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME TO COMMENCE DISCOVERY AND POSTPONE THE RULE 16 HEARING**<br><br>(Honorable Douglas L. Rayes) |

Plaintiff Michael J. Brosnahan, Consumer, appearing pro se, and Defendants Caliber Home Loans, Inc., LSF9 Master Participation Trust, and Summit Service and Realty LLC (collectively "Defendants"), by and through their counsel, hereby jointly request, agree and stipulate that discovery in this matter need not commence until the Court rules on the fully briefed motion to dismiss [Doc. 14] that is presently before the Court.

| | |
|---|---|
| 1 | The parties also jointly request and stipulate to the postponement of the Rule 16 |
| 2 | hearing, currently scheduled for April 14, 2017 at 9:00 a.m., to be rescheduled by the |
| 3 | Court at a time after which the Court has ruled on the fully briefed motion to dismiss |
| 4 | [Doc. 14] that is presently before the Court.  The parties further stipulate to a |
| 5 | corresponding postponement of initial disclosures, commencement of discovery and the |
| 6 | parties' Rule 26(f) meeting and discovery plan until after the ruling on the motion to |
| 7 | dismiss, on dates to be scheduled by the Court. |
| 8 | In light of this stipulation, Plaintiff and Defendants jointly request and move that |
| 9 | the Court enter the attached proposed order. |

Dated:  March 20, 2017

BY: /s/ [signature]
Michael J Brosnahan, Consumer Claimant
Sincerely and signed without prejudice

Dated:  March 20, 2017

**PERKINS COIE LLP**

By: /s/   *Kendra L. Haar*
Brian C. Lake
Kendra L. Haar
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788

Attorneys for Defendants Caliber Home Loans, LSF9 Master Participation Trust, and Summit Service and Realty LLC

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on March 20, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Michael J. Brosnahan (mtk63@hotmail.com)

<u>s/  Susan Carnall</u>