1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN,<br><br>               Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.<br><br>               Defendants. | No. CV-16-08277-PCT-DLR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND TIME TO COMMENCE DISCOVERY AND TO POSTPONE THE RULE 16 HEARING**<br><br>(Honorable Douglas L. Rayes) |

After review of the Parties' Stipulation and Joint Motion to Extend Time to Commence Discovery and to Postpone the Rule 16 Hearing (Doc. # 21) and good cause appearing,

IT IS ORDERED that the Parties' Stipulation and Joint Motion to Extend Time to Commence Discovery and to Postpone the Rule 16 Hearing is **Granted**, and

IT IS FURTHER ORDERED vacating the Rule 16 hearing currently set for April 14, 2017 hearing.  The Rule 16 hearing shall be rescheduled after the Court has ruled on the pending motion to dismiss.  The other deadlines set forth in the Court's February 9, 2017 Order Setting Rule 16 Scheduling Conference are also vacated, and will be rescheduled by the Court after it has ruled on the pending motion to dismiss.

1
2   Dated this __ day of _____, 2017
3                                                           _____
                                                            Honorable Douglas L. Rayes
4                                                           United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28