IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J Brosnahan,<br><br>    Plaintiff,<br><br>v.<br><br>Caliber Home Loans Incorporated, et al.,<br><br>    Defendants. | No. CV-16-08277-PCT-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation and Joint Motion to Extend Time to Commence Discovery and to Postpone the Rule 16 Hearing. (Doc. 21.) For good cause shown,

**IT IS ORDERED** that the parties' Stipulation and Joint Motion to Extend Time to Commence Discovery and to Postpone the Rule 16 Hearing is **GRANTED.**

**IT IS FURTHER ORDERED** vacating the Rule 16 Scheduling Conference set for April 14, 2017 at 9:00 a.m. The Rule 16 Scheduling Conference shall be rescheduled after the Court has ruled on the pending motion to dismiss (Doc. 14). The other deadlines set forth in the Court's February 9, 2017 Order Setting Rule 16 Scheduling Conference

//
//
//
//

1  are also vacated, and will be rescheduled by the Court after it has ruled on the pending
2  motion to dismiss.
3       Dated this 21st day of March, 2017.

_____
Douglas L. Rayes
United States District Judge