# Exhibit 1

**Caliber Home Loans, Inc. Identifies Themselves**

**"DEBT COLLECTOR LETTERS"**

**"..BY A DEBT COLLECTOR TO COLLECT A DEBT"**

No. CV-16-08277-PCT-DLR

Sincerely,

SPOC Department
Caliber Home Loans, Inc.

THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287 or by visiting www. hud.gov/offices.



CALIBER HOME LOANS

P.O. Box 24610
Oklahoma City, OK 73124-0610

December 15, 2016

MICHAEL J BROSNAHAN
21 HUMMINGBIRD CIR
SEDONA          AZ,  86336-7012

Caliber Account Number: 9804529874

Dear Customer:

Caliber Home Loans, Inc. ("Caliber") is writing to acknowledge receipt of your written request to cease further communications or to acknowledge receipt of your communication informing Caliber that you have obtained legal representation in connection with the above-referenced account.

<u>In accordance with the Federal Fair Debt Collection Practices Act, please be advised that you will no longer receive any correspondence, except to the extent that such communications are permitted or required by applicable law.  Caliber may, however, continue to pursue any and all remedies afforded it under the terms of your account.</u>

If you wish to receive further communications regarding your account, please contact our Customer Service Department at 800-401-6587, Monday - Friday between the hours of 8:00 a.m. and 7:00 p.m. Central Time.

Sincerely,

Customer Service Department
Caliber Home Loans, Inc.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287 or by visiting www.hud.gov/offices.



Michael Brosnahan
11/17/16
Page 2 of 2

**Loan Status**

Our records indicate the loan is next due for the January 1, 2009 and subsequent payments. Due to the delinquency of the loan, the property was referred to foreclosure on January 7, 2015. A foreclosure sale is scheduled for November 23, 2016.

Again, we encourage Mr. Brosnahan to contact our Single Point of Contact ("SPOC") Department at 1-800-401-6587 for additional questions or concerns he may have in regards to his loan.

Caliber values the opportunity to address your concerns and we trust the information provided affords a satisfactory resolution to the matter. Should you have further questions regarding this response, please send an email to complaintresolution@caliberhomeloans.com. Please utilize our shared email box to ensure your email is received and responded to in a timely manner.

Sincerely,

*Courtney Ruiz*

Courtney Ruiz
Vice President
Customer Support and Escalations


**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
**Notice to consumers presently in bankruptcy or who have a discharged bankruptcy: If your debt has been discharged in bankruptcy or you are currently subject to an automatic stay in a bankruptcy proceeding, Caliber Home Loans, Inc. acknowledges that you may not be liable for this debt, and this communication is being sent for informational purposes only, or to satisfy certain federal or state legal obligations.**



**CALIBER HOME LOANS**

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

May 31, 2016

2-759-71686-0000573-001-01-000-000-000-000

MICHAEL J BROSNAHAN
21 HUMMINGBIRD CIR
SEDONA AZ 86336-7012

Re: Caliber Account Number: 9804529874

Dear MICHAEL J BROSNAHAN:

At Caliber Home Loans, Inc.("Caliber"), we understand how important your home is to you. That is why we have placed you in our Single Point of Contact (SPOC) program. The SPOC Department is a dedicated team of specialists assigned to assist you with any questions you may have or if you need assistance with one of the loss mitigation options available to you.

The SPOC Department can be reached:

| **By Phone:** | **By Mail:** | **On the Web:** |
|---|---|---|
| 800-401-6587 | Attn: SPOC Department<br>Caliber Home Loans. Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134 | www.caliberhomeloans.com |
| Mon - Thurs 8:00 am to 9:00 pm Central Time<br>Friday 8:00 am to 7:00 pm Central Time | | *All programs and content information are available 7 days a week 24 hours a day* |

To ensure that we have your current contact information on file, please complete, sign and send back the attached form to:

**By Mail:**
Attn:SPOC Department
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73134

**By Email:**
calibermods@caliberhomeloans.com

Please feel free to reach out to the SPOC Department any time you have questions or need assistance.

Sincerely,

SPOC Department
Caliber Home Loans, Inc.

THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287 or by visiting www.hud.gov/offices.

3.88                                                                                                     20160204rev