# Exhibit 3

Caliber Home Loans, Inc. Summit Services Realty LLC

and LSF9 Master Participation Trust

Identifies Themselves

Certified Letters

"To Collect A Debt"

Trustee Sale 2/27/2017

**Summit Trustee Services**
2763 Camino Del Rio S., 1st FL
San Diego, CA 92108



7103 9628 5942 3188 5263

AZ-16-6657-JY
MICHAEL J BROSNAHAN
21 HUMMINGBIRD CIR
SEDONA, AZ 86336-7012




Official Records of Coconino County    3770490
Patty Hansen - Recorder   11/28/2016 04:33:50 PM  Pgs: 2
SIMPLIFILE LC E-RECORDING    TS       $12.00

Recording requested by:
When recorded mail to:

**Caliber Home Loans, Inc. – Document Control**
**13801 WIRELESS WAY**
**OKLAHOMA CITY, OK 73134**

---

Space above this line for recorders use

Order No.: **160175865-AZ-VOI**   TS No.: **AZ-16-6657-JY**   APN : **401-51-046 5**

### Notice of Trustee's Sale

The following legally described trust property will be sold, pursuant to the power of Sale under that certain Deed of Trust dated **5/25/2006** and recorded **5/31/2006** as Instrument 3386186, Book xxx, Page xxx, and loan modification dated 9/4/2009 and recorded on 9/4/2009 as Instrument Number 3537378, in Book XX, Page XX in the office of the County Recorder of **COCONINO** County, Arizona; and at public auction to the highest bidder. **Notice! If you believe there is a defense to the trustee sale or if you have an objection to the trustee sale, you must file an action and obtain a court order pursuant to rule 65, Arizona rules of civil procedure, stopping the sale no later than 5:00 p.m. mountain standard time of the last business day before the scheduled date of the sale, or you may have waived any defenses or objections to the sale. Unless you obtain an order, the sale will be final:**

| | |
|---|---|
| Sale Date and Time: | 2/27/2017 at 11:30 AM |
| Sale Location: | Sales held daily at 11:30:00 AM At the Main entrance to the Coconino County Court-house, 200 N. San Francisco Street, Flagstaff, AZ |
| Legal Description: | LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA |
| Purported Street Address: | 21 HUMMINGBIRD CIR, SEDONA, AZ 86336 |
| Tax Parcel Number: | 401-51-046 5 |
| Original Principal Balance: | $373,500.00 |

| | |
|---|---|
| Name and Address of Current Beneficiary: | LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer<br>C/O Caliber Home Loans, Inc.<br>16745 W. Bernardo Drive, Ste 300<br>San Diego, CA 92127 |
| Name and Address of Original Trustor: | MICHAEL J BROSNAHAN , A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY<br>21 HUMMINGBIRD CIR, SEDONA, AZ 86336-7012 |
| Name and Address of Trustee/Agent: | SUMMIT SERVICES AND REALTY, LLC<br>16745 W. Bernardo Dr., Ste 100<br>San Diego, CA 92127 |

Phone: **(866) 248-2679**
Sales Line: **714-730-2727**
Login to: **www.servicelinkasap.com**
AZ-16-6657-JY

The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona Real Estate Broker. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.

Dated: 11/23/2016

SUMMIT SERVICES AND REALTY LLC

_____
By: Justin Yahnke, AVP

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    )

County of San Diego   )

On 11/23/2016 before me, _____Jeannette L. Faust_____, the undersigned Notary Public, personally appeared **Justin Yahnke**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _Jeannette L. Faust_____ (Seal)

> JEANNETTE L. FAUST
> Notary Public - California
> San Diego County
> Commission # 2063882
> My Comm. Expires May 6, 2018

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Official Records of Coconino County    3761244
Patty Hansen - Recorder   08/24/2016 03:06:08 PM   Pgs: 2
SIMPLIFILE LC E-RECORDING   NST     $9.00

Recording Requested by:

When recorded mail to:
Caliber Home Loans, Inc. – Document Control
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

Space above this line for recorders use

TS # **AZ-16-6657-JY**          Order # **160175865-AZ-VOI**

## Substitution of Trustee

WHEREAS, **MICHAEL J BROSNAHAN, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY** was the original Trustor, **FIDELITY NATIONAL TITLE INSURANCE COMPANY** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, N.A., ITS SUCCESSORS AND ASSIGNS** was the original Beneficiary under that certain Deed of Trust dated **5/25/2006** and recorded on **5/31/2006** as Instrument No. **3386186**, in book **xxx**, page **xxx** and loan modification dated **9/4/2009 and recorded on 9/4/2009 as Instrument Number 3537378, in Book XX, Page XX** of Official Records of **COCONINO** County, **AZ** describing land therein as **LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CHASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA.** and;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes **SUMMIT SERVICES AND REALTY, LLC**, a California Corporation, whose address is 16745 W. Bernardo Dr. Suite 100, San Diego, CA 92127 as Trustee under said Deed of Trust.

**The successor trustee qualifies to act as a trustee under A.R.S. §33-803A (1) in its capacity as a licensed Arizona Real Estate Broker.**

Page 1

Substitution of Trustee - AZ
TS # AZ-16-6657-JY
Page 2

Dated: __8/22/16__

                                                     LSF9 Master Participation Trust, by Caliber Home Loans,
                                                   Inc., solely in its capacity as servicer

By: _____
                                       Brandy Lowry
                                     Authorized Signatory

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                      )
                                        ) ss
County of San Diego                 )

On __AUG 2 2 2016__ before me, __Jeannette L. Faust__, the undersigned Notary Public, personally appeared __Brandy Lowry__ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _Jeannette L. Faust_       (Seal)

JEANNETTE L. FAUST
COMM. #2063882
Notary Public · California
San Diego County
My Comm. Expires May 6, 2018