# Exhibit 4

TILA 2009 Rescission Letter 5/15/20

No. CV-16-08277-PCT-DLR

# AFFIDAVIT
# CERTIFICATION OF MAILING

State of  Arizona      )
                       ) ss.
County of Yavapai      )

On this  28  day of January, 20 16, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Michael John Brosnahan, appeared before me with the following document listed below. I, the below signed notary, personally verified this document and sworn statement:

### LIST OF DOCUMENTS MAILED ON OR ABOUT May 15, 2009:

**AFFIDAVIT OF NOTARY CERTIFICATION OF MAILING:**
"Notice Of Right To Cancel Letter":
Dated May 15, 2009 (2 pages) **Mailed on or about May 15, 2009**

### VERIFIED STATEMENT

Michael J Brosnahan, verifies that he is competent to state as to the matters set forth herein and has first-hand knowledge them and attests that to the best of his knowledge and belief, such facts are true, correct and complete to the best of his knowledge and belief, admissible as evidence, and if called upon as a witness, he will testify to their veracity.

_____
Michael J Brosnahan,
Signed reserving all my rights at UCC 1-308

WITNESS my hand and official seal

_____     01/28/2016
NOTARY PUBLIC                     DATE

My commission expires: 03/08, 20 19

[Notary Seal: ANGELICA MUNGUIA, NOTARY PUBLIC, YAVAPAI COUNTY, ARIZONA, COM. EXP. 03-08-19]

From:   Michael Brosnahan                               May 15, 2009
21 Hummingbird Circle
Sedona, AZ 86336

**To:** BAC Home Loans Servicing LP
400 Countrywide Way SV-35
Simi Valley CA 93065

Mortgage ElectronicRegistration AND
400 Countrywide Way SV-35
Simi Valley CA 93065

CC: Reconstruct Company
2380 Performance Dr
Richardson, TX

**Re:**   Original Loan # 137733623
Commonly Known Address: 21 Hummingbird Cir Sedona AZ 86336]
Deed of Trust Record: 3386186

## *Notice of Right to Cancel*
*Notice to Agent is Notice to Principal*
*Notice to Principal is Notice to Agent*

**Parties:** Michael Brosnahan (Alleged Borrower(s) hereinafter **Borrower(s)**- and, BAC HOME LOAN SERVICING and Mortgage ElectronicRegistration (Alleged Lender(s) – hereinafter **Lender)**

Attention:  BAC HOME LOAN SERVICING, Mortgage Electronic Registration and Reconstruct Company

This communication will serve as our ***Notice of Right to Cancel*** dated MAY 15, 2009. TILA (Truth in Lending Act, 15 USC §1601 et seq; 12 CFR Part 226) allows three (3) years to review Disclosure Documents. The referenced 'Three Day Right to Cancel' must have a trigger to begin. That trigger, is when the Lender has provided the Borrower with ALL of the required Disclosures under TILA, and that the same are true, complete, accurate, and timely provided.

Being as the entire purported loan/mortgage process and Deed of Trust referenced herein and throughout, was obtained by wrongful acts of fraud, fraudulent inducement, concealment, and fraudulent misrepresentation, the borrower has other recourse, right, and cause of action under numerous state and federal statutes. Acts of fraud taint/void everything it touches as the US Supreme Court has declared: *"There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments."* (United States v. Throckmorton, 98 U.S. 61)

To this date, Lender has never provided Borrower with true, complete, accurate or timely documents as required. ONLY AFTER such provision has been done, can the '3 DAY RIGHT TO CANCEL' period begin. If the required full Disclosure(s) have not been provided, then the period in which to Cancel is extended for up to three (3) years, OR until Lender moves to foreclose.
The records thus far evidence, that **Borrower** has requested to cancel within the stipulated three year time period, while still waiting to receive all Truth-in-Lending disclosures as required by Federal Law, the same of which have never been received.

A close perusal/audit of Borrower's mortgage documents has revealed certain Disclosure Violations; and, that the Borrower has the remedial right and remedy (UCC 1-201 (32) (34)), inter alia, to invoke their Right of Rescission (ROR) as further evidenced by the original NOTICE OF RIGHT TO CANCEL. You will also please find Borrower's signed and dated NOTICE to the Lender(s), Successor(s) and Beneficiary as stated on the NOTICE OF RIGHT TO CANCEL, if provided in the loan package. If such Notice was not provided, **this written Notice of communication is provided in lieu thereof**.

After sufficient NOTICE has been given to Lender, the Lender is required by Federal Law to CANCEL any lien(s) and to CANCEL any security interest on the Borrower's home within twenty (20) days. The Lender must also return any money, interest, fee, and/or property to Borrower, as well as any money/funds given to any persons or other fiction in law/entity in connection with said transaction.

In accordance with both State and Federal law or until the Lender complies, Borrower may retain the proceeds of the transaction. If it should be 'impractical' or 'unfair' for the Borrower to return the property when gross discrepancies, fraud, or other wrongful acts are discovered - then he/she/they may offer its 'Reasonable Value'.

In the event the Lender should fail or refuse to take possession of the property or return the borrower's money offer within twenty (20) days .. **Borrower** may then regain/acquire all rights to clear title and re-conveyance under Federal Law and provisions of TILA.

**Additionally,** Borrower has the right to offer Lender a Reasonable Value. **However,** the penalty that a bank can face for violations of TILA and other State and Federal law can be as much as triple damages . . . i.e., triple the amount of the interest the bank stood to fraudulently make off of the mortgage/loan transaction. Therefore, the borrowers hereby in good faith make the following offer: Borrowers will forgive BAC HOME LOAN SERVICING and Mortgage Reconstruct Company and Mortgage Electronic Registration any liability incurred by its wrongful actions, provided, BAC HOME LOAN SERVICING rightfully forgive Borrowers the full amount of mortgage/credit you fraudulently allege to have given. In addition, Borrowers make the one time demand of $150,000.00 for any loss, damage, and injury they have sustained; and, that. BAC HOME LOAN SERVICING and Mortgage Electronic Registration also remove all/any negative comments on Borrower's credit report attributed to this transaction.

Any default, failures, or non-compliance on the Lender's part to perform as herein directed within twenty (20) days of receipt shall constitute this Notice of Right to Cancel as valid and fully agreed/accepted pursuant to the terms and conditions as set forth herein and throughout.

Sincerely,

*[signature]*
Michael Brosnahan