# Exhibit 5

## Evidence of Robo-Signing

## "LETTER AND DOCUMETS:

Texas Secretary of State Letter RE: Complaint INPC 22531

No. CV-16-08277-PCT-DLR

# The State of Texas



Notary Public Unit
P.O. Box 13375
Austin, Texas 78711-3375

Phone: 512-463-5558
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Hope Andrade
Secretary of State

February 8, 2012

Michael Brosnahan
22 Hummingbird Circle
Sedona, AZ 86336

Re:   INPC 22531

Dear Mr. Brosnahan:

You filed a complaint with the Office of the Texas Secretary of State ("Office") alleging that Christopher Williams had violated his duties and responsibilities as a Texas notary public. Specifically it was alleged that Mr. Williams notarized the signatures of individuals without them personally appearing before him at the time of the notarization. Mr. Williams provided a sworn statement in which he stated that for every document he has notarized, the individual has appeared before him. Additionally, he provided copies of his log book to evidence the notarizations in question. As a result, this Office has not been provided with any evidence to support a conclusion that the individuals did not personally appear before him at the time of the notarization.

A review of his log books did indicate that they did not include all the information required under Tex. Gov't Code §406.014. Thus, the Office requested that Mr. Williams provide copies of a revised notary book containing the required information so that going forward his record books were in compliance with §406.014, and that Mr. Williams complete an educational training video for Texas notaries public. Mr. Williams has failed to comply with the terms of that request, and thus the above-referenced complaint is being suspended. Mr. Williams' current commission expires on June 20, 2012. He will not be permitted to renew or apply for a new commission without complying with the terms of the offer and undergoing an agreed three month suspension. However, no further action will be taken unless Mr. Williams applies for a subsequent term of office.

The Office does not have jurisdiction to determine the validity of the document in question or to decide contractual disputes. The Office cannot obtain restitution of property loss that may have been caused by a notary's action. If you wish to obtain compensation for damages that were caused by a notary's conduct, you will have to turn to other sources. You may wish to contact a private attorney or file a claim with the notary's bonding company.

Thank you for bringing this matter to our attention.

Sincerely,

Briana Godbey
Attorney, Business & Public Filings Division

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
WHEN RECORDED MAIL TO:
BAC HOME LOANS SERVICING, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065
Attn: FORECLOSURE DEPT
TS No. 09-0053827
Title Order No. 4112748
APN No. 401-51-046

## NOTICE OF TRUSTEE'S SALE ARIZONA

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded on 05/31/2006, as Instrument Number 3386186, Book N/A, Page N/A, in the records of Coconino County, Arizona, at public auction to the highest bidder: At the main entrance to the Coconino County Courthouse, 200 North San Francisco Street, Flagstaff AZ on 08/06/2009 at 11:30 AM of said day

LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA APN No 401-51-046

The Deed of Trust and/or Beneficiary provide the following purported property location:
21 HUMMINGBIRD CIR, SEDONA, Coconino County, AZ 86336-7012

Said sale will be made for cash (payable at time of sale), but without covenant or warranty, express or implied, regarding title, possession or encumbrances, to pay the remaining principal sum of the note secured by said Deed of Trust, which includes interest thereon as provided in said note, advances, if any under the terms of said Deed of Trust, interest on advances, if any, fees, charges and expenses of the Trustee and of the trust created by said Deed of Trust The original sum of the note is $373,500 00 Trustee will accept only cash or cashier's check for reinstatement or price bid payment. Reinstatement payment must be paid before five o'clock P.M on the last day other than a Saturday or legal holiday before the date of the sale. The Purchaser at the sale, other than the beneficiary to the extent of his credit bid, shall pay the price no later than five o'clock P.M of the following day, other than a Saturday or legal holiday

Name and Address of Original Trustor: MICHAEL J BROSNAHAN, 21 HUMMINGBIRD CIR, SEDONA, AZ 86336-7012
Name and Address of Current Trustee: RECONTRUST COMPANY, N.A., 2380 Performance Dr, TX2-985-07-03 Richardson, TX 75082 FOR INFORMATION/SALE INFORMATION CALL: (800) 281-8219

Name and Address of Current Beneficiary: MORTGAGE ELECTRONIC REGISTRATION, 400 COUNTRYWIDE WAY SV-35, , SIMI VALLEY, CA 93065 PHONE: (800) 669-6650

RECONTRUST COMPANY, N.A. IS THE CURRENT TRUSTEE. RECONTRUST COMPANY, N.A QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5, BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC")

*[handwritten: Bank of America]*

*Form aznos (05/08)*

DATED: May 01, 2009

RECONTRUST COMPANY, N.A.
As Trustee

BY: _____
Shane Serwin, Team Member

State of: _____ )
County of: _____ )

On _____ before me _____, personally appeared
_____, know to me (or proved to me on the oath of
_____ or through _____) to be the person whose name is subscribed to the
foregoing instrument and acknowledged to me that he/she executed the same for the purposes and
consideration therein expressed

Witness my hand and official seal

_____
Notary Public's Signature

THIS FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THE DEBT SET FORTH ON THIS NOTICE WILL BE ASSUMED TO BE VALID UNLESS YOU DISPUTE THE DEBT BY PROVIDING THIS OFFICE WITH A WRITTEN NOTICE OF YOUR DISPUTE WITHIN 30 DAYS OF YOUR RECEIPT OF THIS NOTICE, SETTING FORTH THE BASIS OF YOUR DISPUTE. IF YOU DISPUTE THE DEBT IN WRITING WITHIN 30 DAYS, WE WILL OBTAIN AND MAIL VERIFICATION OF THE DEBT TO YOU. IF THE CREDITOR IDENTIFIED IN THIS NOTICE IS DIFFERENT THAN YOUR ORIGINAL CREDITOR, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF YOU REQUEST THIS INFORMATION IN WRITING WITHIN 30 DAYS.

*Form aznos (05/08)*

First American Title

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
WHEN RECORDED MAIL TO:
BAC HOME LOANS SERVICING, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065
Attn: FORECLOSURE DEPT
TS No. 09-0053827
Title Order No. 4112748
APN No. 401-51-046

Official Records of Coconino County   3522414
Candace Owens - Recorder 05/05/2009 04:27 PM Pgs: 2
FIRST AMERICAN TITLE INS CO        TS      $14.00

# NOTICE OF TRUSTEE'S SALE ARIZONA

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded on 05/31/2006, as Instrument Number 3386186, Book N/A, Page N/A, in the records of Coconino County, Arizona, at public auction to the highest bidder: At the main entrance to the Coconino County Courthouse, 200 North San Francisco Street, Flagstaff AZ on 08/06/2009 at 11:30 AM of said day.

LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA  APN No. 401-51-046

The Deed of Trust and/or Beneficiary provide the following purported property location:
21 HUMMINGBIRD CIR, SEDONA, Coconino County, AZ 86336-7012

Said sale will be made for cash (payable at time of sale), but without covenant or warranty, express or implied, regarding title, possession or encumbrances , to pay the remaining principal sum of the note secured by said Deed of Trust, which includes interest thereon as provided in said note, advances, if any under the terms of said Deed of Trust, interest on advances, if any, fees, charges and expenses of the Trustee and of the trust created by said Deed of Trust. The original sum of the note is $373,500.00. Trustee will accept only cash or cashier's check for reinstatement or price bid payment. Reinstatement payment must be paid before five o'clock P.M on the last day other than a Saturday or legal holiday before the date of the sale. The Purchaser at the sale, other than the beneficiary to the extent of his credit bid, shall pay the price no later than five o'clock P.M. of the following day, other than a Saturday or legal holiday.

Name and Address of Original Trustor: MICHAEL J BROSNAHAN, 21 HUMMINGBIRD CIR, SEDONA, AZ 86336-7012

Name and Address of Current Trustee: RECONTRUST COMPANY, N.A., 2380 Performance Dr, TX2-985-07-03 Richardson, TX 75082 FOR INFORMATION/SALE INFORMATION CALL: (800) 281-8219

Name and Address of Current Beneficiary: MORTGAGE ELECTRONIC REGISTRATION, 400 COUNTRYWIDE WAY SV-35, , SIMI VALLEY, CA 93065 PHONE: (800) 669-6650

RECONTRUST COMPANY, N.A. IS THE CURRENT TRUSTEE. RECONTRUST COMPANY, N.A. QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5., BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC")



Form aznos (05/08)

Description: Coconino,AZ Document - Year.DocID 2009.3522414 Selected Pages 1-2 Page 1
Order: FDAFDSA Comment:

DATED: May 01, 2009

RECONTRUST COMPANY, N.A.
As Trustee

State of: _____Texas_____ )  BY: _____Shane_____

County of: _____Dallas_____ )  Shane Serwin, ~~Team Member~~ C.

Assistant Secretary

On __5/1/09__ before me Christopher A. Williams _____, personally appeared _____Shane Serwin_____, know to me (or proved to me on the oath of _____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Witness my hand and official seal.

_____
Notary Public's Signature

CHRISTOPHER A. WILLIAMS
My Commission Expires
June 20, 2012

THIS FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THE DEBT SET FORTH ON THIS NOTICE WILL BE ASSUMED TO BE VALID UNLESS YOU DISPUTE THE DEBT BY PROVIDING THIS OFFICE WITH A WRITTEN NOTICE OF YOUR DISPUTE WITHIN 30 DAYS OF YOUR RECEIPT OF THIS NOTICE, SETTING FORTH THE BASIS OF YOUR DISPUTE. IF YOU DISPUTE THE DEBT IN WRITING WITHIN 30 DAYS, WE WILL OBTAIN AND MAIL VERIFICATION OF THE DEBT TO YOU. IF THE CREDITOR IDENTIFIED IN THIS NOTICE IS DIFFERENT THAN YOUR ORIGINAL CREDITOR, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF YOU REQUEST THIS INFORMATION IN WRITING WITHIN 30 DAYS.



7187 7930 3131 4254 7387

TS NO: 09-0053827
MICHAEL J BROSNAHAN
21 HUMMINGBIRD CIR
SEDONA, AZ  86336-7012

*Form insert (03/01)*

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
WHEN RECORDED MAIL TO:
 BAC HOME LOANS SERVICING, LP
 400 COUNTRYWIDE WAY SV-35
 SIMI VALLEY, CA 93065
 Attn: FORECLOSURE DEPT
TS No. 09-0053827
Title Order No. 4112748
APN No. 401-51-046

This is a true copy of the document that was recorded on 05/05/2009 Instrument No. 3522413

## SUBSTITUTION OF TRUSTEE ARIZONA

The undersigned beneficiary hereby appoints RECONTRUST COMPANY, N.A. 2380 Performance Dr, TX2-985-07-03 Richardson, TX 75082, SUCCESSOR TRUSTEE under the deed of trust executed by MICHAEL J BROSNAHAN, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY, as trustor(s), in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is named beneficiary, and FIDELITY NATIONAL TITLE INSURANCE COMPANY, as original trustee, and Recorded on 05/31/2006, in Coconino County; Arizona, as Instrument Number 3386186, Book N/A, Page N/A, and legally describing the trust property as

LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA

RECONTRUST COMPANY, N.A. HAS BEEN APPOINTED AS SUCCESSOR TRUSTEE. RECONTRUST COMPANY, N.A. QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5, BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC")

DATED: 05/08/2009                    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of: _____ )


County of: _____ )     Miriam J. Paez, Assistant Secretary

On _____ before me _____, personally appeared
_____, know to me (or proved to me on the oath of
_____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_____
Notary Public's Signature

*Form azsubcopy (05/08)*

DATED: May 08, 2009                     RECONTRUST COMPANY, N.A.
                                        As Trustee


State of: _____ )      BY: _____
County of: _____ )           /s/Authorized Signature

On _____ before me _____, personally appeared
_____, know to me (or proved to me on the oath of
_____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.


_____
Notary Public's Signature


THIS FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THE DEBT SET FORTH ON THIS NOTICE WILL BE ASSUMED TO BE VALID UNLESS YOU DISPUTE THE DEBT BY PROVIDING THIS OFFICE WITH A WRITTEN NOTICE OF YOUR DISPUTE WITHIN 30 DAYS OF YOUR RECEIPT OF THIS NOTICE, SETTING FORTH THE BASIS OF YOUR DISPUTE. IF YOU DISPUTE THE DEBT IN WRITING WITHIN 30 DAYS, WE WILL OBTAIN AND MAIL VERIFICATION OF THE DEBT TO YOU. IF THE CREDITOR IDENTIFIED IN THIS NOTICE IS DIFFERENT THAN YOUR ORIGINAL CREDITOR, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF YOU REQUEST THIS INFORMATION IN WRITING WITHIN 30 DAYS.

*Form azmlngnos (08/06)*

BAC Home Loans Servicing, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065

TS No. 09-0053827

Title Order No. 4112748
APN No. 401-51-046

## STATEMENT OF BREACH OR NON PERFORMANCE AND ELECTION TO SELL UNDER DEED OF TRUST ARIZONA

NOTICE: ANY INTEREST IN TRUST PROPERTY THAT IS SUBORDINATE IN PRIORITY TO THE DEED OF TRUST SET FORTH BELOW MAY BE SUBJECT TO BEING TERMINATED BY THE TRUSTEE'S SALE. IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONTACT AN ATTORNEY.

The following described breach or non-performance has occured of that certain Deed of Trust recorded on 05/31/2006, as Instrument Number 3386186, Book N/A, Page N/A, in which MICHAEL J BROSNAHAN, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY, Trustor and FIDELITY NATIONAL TITLE INSURANCE COMPANY, Trustee and RECONTRUST COMPANY, N.A., Successor Trustee.

The breach of the contract for which said Deed of Trust is security, is as follow:

FAILURE TO PAY THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE ON 01/01/2009 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS, TOGETHER WITH ALL LATE CHARGES, PLUS ADVANCES MADE AND COSTS INCURRED BY THE BENEFICIARY, INCLUDING FORECLOSURE FEES AND COSTS AND/OR ATTORNEYS' FEES. IN ADDITION, THE ENTIRE PRINCIPAL AMOUNT WILL BECOME DUE ON 06/01/2036 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.

By reason of said breach or non-performance, the Beneficiary; in said Deed of Trust has elected to sell or cause to be sold the Trust property described in said Deed of Trust at a Trustee's Sale in compliance with ARS 33-801 et. Seq. (Except that part of Trust property previously released.)

The Beneficiary's records reflect the following:

PROPERTY ADDRESS: 21 HUMMINGBIRD CIR, SEDONA, AZ 863367012
PARCEL NUMBER: 401-51-046
Original Principal Balance: $373,500.00
Current Principal Balance: $390,628.94

Name and Address of Current Trustor: MICHAEL J BROSNAHAN, 21 HUMMINGBIRD CIR, SEDONA, AZ 86336-7012

Dated: 05/08/2009

Name and Address of Current Beneficiary:
BAC Home Loans Servicing, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065
(800) 669-6650
Sale Information Line: (626)-927-4399

By: Beneficiary/Agent

Authorized Signor
For Information Call (800) 281-8219

# The State of Texas



Statutory Documents Section
Notary Public Unit
P.O. Box 13375
Austin, Texas 78711-3550

Hope Andrade
Secretary of State

Phone: 512-463-5558
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

May 2, 2011

Michael Brosnahan
22 Hummingbird Circle
Sedona, AZ 86336

Re: Notary Public Complaint- INPC #2531

Dear Sir/Madam:

For your records, enclosed please find a copy of the *Affidavit of Notary Public Named in Complaint* executed by Christopher A Williams in response to the allegations of the above-captioned complaint. If you wish to submit a rebuttal, please submit a sworn statement within twenty (20) days.

If you have any questions concerning this matter, please contact me.

Sincerely,


Una F. Jacob
Notary Public Complaint Specialist
Statutory Documents Section
Phone: 512-463-5558
Fax:     512-475-2815
ujacob@sos.state.tx.us

Enclosures

Submit to:
SECRETARY OF STATE
Notary Public Unit
P.O. Box 13375
Austin, TX 78711-3375
512-475-2815 - Fax



**Affidavit of Notary Named in Complaint**

NPC # 2531

**State of Texas**
County of  DALLAS

Comes now  CHRISTOPHER A. WILLIAMS and being duly sworn, deposes and states: That as the notary public named in the complaint filed by  MICHAEL BROSNAHAN, I have personal knowledge of the following facts:

1. ☐ A. There have not been any claims filed against my notary bond.
   ☑ B. A claim or claims has been filed against my notary bond. The facts and outcome(s) of the claim(s) are:
   EVERY DOC I HAVE NOTARIZED, THE INDIVIDUAL HAS APPEARED BEFORE ME, EVERY SINGLE ONE. I HAVE NEVER RECEIVED ANY REQUEST FROM ANYONE WANTING COPIES OF MY LOG PRIOR TO NOTARY COMPLAINT. ADDRESS HAS NEVER CHANGED
   ☐ C. I am a state employee and was not required to obtain a notary bond.

2. ☑ A. I have been found guilty of a crime other than a class C misdemeanor. The following is a statement of the nature, circumstances, date, and location, and a statement of whether the case is on appeal:
   DWI, SEPT 3, 1998 IN COLLIN COUNTY TX. CASE HAS BEEN CLOSED AND SINCE BEEN REMOVED FROM MY RECORD. AFTER 7YRS A MISDEMEANOR IS REMOVED FROM AN INDIVIDUALS RECORD. CLASS B OR C, NOT SURE IT WAS
   ☐ B. I have never been found guilty of a crime other than a class C misdemeanor. MORE THAN 10YRS AGO
   ☐ C. I have never been found guilty of a crime.

3. ☑ A. I do not have an interest in the document(s) at issue in the complaint.
   ☐ B. I have an interest in the document(s) at issue in the complaint. My interest is:

4. ☑ A. I do not have a personal relationship with the purported signer(s) of the document(s) at issue.
   ☑ B. I have a personal relationship to the purported signer(s) of the document(s) at issue. The relationship is:
   THE RELATIONSHIP I HAVE WITH THE PURPORTED SIGNERS, COWORKERS. WE WORK AT THE SAME COMPANY. MET INDIVIDUALS AT, AND THROUGH OUR PLACE OF EMPLOYMENT.

5. ☑ A. I am a Texas resident.
   ☐ B. I am not a Texas resident.
   ☐ C. I am not a Texas resident, but I am a licensed Texas escrow officer residing in _____.

6. ☑ A. I have never used a name other than the one stated above.
   ☐ B. In addition to the name stated above, I have also used the following names:

7. ☑ A. Copies of my notary records covering the following are attached: (1) the time period of the date(s) in question; and (2) the ten most recent notarizations I performed.
   ☐ B. The attached copies of my notary records are incomplete or copies are not enclosed because:

8. A phone number where I may be reached Monday through Friday between 8AM and 5PM is  WORK 214.209.5298  CELL 214.612.3024

Affidavit of Notary Named in Complaint Page 1

| DATE | DOC TYPE / DOC DATE | KNOWN | NAME OF SIGNER | STATE | NUMBER |
|---|---|---|---|---|---|
| | corp grant deed | pk | sandra l hickey | nv | 1 |
| | hud of jurisdiction | pk | sandra l hickey | nv | 1 |
| | trustee's deed | pk | sandra l hickey | nv | 4 |
| | special warranty deed | pk | sandra l hickey | nv | 3 |
| | caodot 4/30 | pk | angela nava | nv | 1 |
| | sot 4/30 | pk | angela nava | nv | 5 |
| | sot | pk | angela nava | nv | 78 |
| | rescission of election 4/30 | pk | angela nava | nv | 1 |
| | sot | pk | angela nava | nv | 94 |
| | sot | pk | judy acquaye | az | 11 |
| | nots | pk | sheliah lane | az | 11 |
| | sot 4/30 | pk | karl marx | mt | 12 |
| | nots 4/30 | pk | amanda roese | mt | 12 |
| | caodot | pk | karl marx | id | 4 |
| | appt of sucsr trustee | pk | karl marx | id | 9 |
| | nod | pk | carolyn holleman | id | 8 |
| | sot | pk | dusty sibley | az | 15 |
| * | nots | pk | julia l evans | az | 15 |
| * | sot | pk | amy lucas | az | 18 |
| * | nots | pk | shane serwin | az | 18 |
| | sot | pk * | judy acquaye | az * | 8 |
| | nots | pk | shane serwin | az | 8 |
| | sot | pk | dusty sibley | az | 30 |
| | nots | pk | samantha jones | az | 30 |
| | sot | pk | dusty sibley | az | 17 |
| | nots | pk | ursulia matthews | az | 17 |
| | sot | pk | judy acquaye | az | 12 |
| | nots | pk | ursulia matthews | az | 12 |
| DATE | DOC TYPE / DATE | KNOWN | NAME OF SIGNER | STATE | NUMBER |
| | sot | pk | judy acquaye | az | 1 |
| | nots | pk | ursulia matthews | az | 1 |
| | sot 5/1 | pk | judy acquaye | az | 10 |
| | nots 5/1 | pk | ursulia matthews | az | 10 |
| | caodot | pk | dusty sibley | az | 1 |
| | sot | pk | dusty sibley | az | 20 |
| | nots | pk | samantha jones | az | 20 |
| | sot 5/1 | pk | judy acquaye | az | 10 |
| | nots 5/1 | pk | samantha jones | az | 10 |
| | sot | pk | karl marx | ut | 20 |
| | nod & election | pk | helen hendriksen | ut | 20 |
| | sot | pk | judy acquaye | az | 14 |
| | nots | pk | keith pierce | az | 14 |
| | caodot | pk | judy acquaye | az | 1 |
| | sot | pk | judy acquaye | az | 17 |
| | nots | pk | kimberly terri-browm | az | 17 |
| | cancellation of nod | pk | meredith hebenstriet | ut | 1 |
| | caodot | pk | karl marx | ut | 2 |
| | sot | pk | karl marx | ut | 25 |
| | nod & election | pk | meredith hebenstriet | ut | 25 |
| | sot | pk | dusty sibley | az | 33 |
| | nots | pk | julia l evans | az | 33 |
| | caodot 5/1 | pk | sandra l hickey | nv | 3 |
| | tdus5/1 | pk | sandra l hickey | nv | 3 |
| | caodot | pk | sandra l hickey | nv | 22 |
| | tdus | pk | sandra l hickey | nv | 16 |
| | special warranty deed | pk | sandra l hickey | ar | 1 |
| | scrivener's affidavit | pk | sandra l hickey | ar | 2 |
| | td 4/28 | pk | sandra l hickey | mt | 1 |
| | warranty deed | pk | sandra l hickey | mt | 1 |

Handwritten annotations:
- SOT = SUBSTITUTION OF TRUSTEE
- NOTS = NOTICE OF TRUSTEE SALE
- PK = PERSONAL KNOWLEDGE
- ACKNOWLEDGEMENTS ARE THE ONLY KIND OF NOTARY I HAVE DONE
- [signature] 01/31/2011
- BASED ON THIS ELECTRONIC JOURNAL FROM THE ENJOYA NOTARY JOURNAL OF OFFICIAL ACTS
- * ATTACHED EXAMPLE



**Electronic Notary Journal of Official Acts**

NATIONAL NOTARY ASSOCIATION

---

NOTARY: Christopher A. Williams
JURISDICTION: TX

COMMISSION NO.: None
COMMISSION TERM: 06/20/2008 through 06/20/2012

ENTRY NO.: 47

DATE/TIME OF ENTRY: 10/23/2008 12:56:01 PM

--- SIGNER ---

SIGNER/PRINCIPAL: Amy Lucas
AKA:
CAPACITY: Corporate Officer
REPRESENTING: Assistant Secretary
TITLE:

ADDRESS: 2380 Performance Dr
Richardson, TX 75082

PHONE:

--- IDENTIFICATION ---

IDENTIFIED BY: Personal Knowledge
TYPE OF IDENTIFICATION:
ISSUING AGENCY:
SERIAL NUMBER:

DATE OF ISSUANCE: 10/23/2008
DATE OF EXPIRATION:
COMMENTS:

--- TRANSACTION ---

DOCUMENT/TRANSACTION: Other
DOCUMENT DESCRIPTION: HOJ HUD OF JURISDICTION
TYPE OF NOTARIAL ACT: Acknowledgment
LOOSE CERTIFICATE: False
OTHER WITNESSES: 0
FEE: 0.0

DATE ON DOCUMENT: 10/17/2008
NO. OF OTHER SIGNERS:
NO. PAGES:
COMMENTS: HOJ HUD OF JURISDICTION (2)

--- BIOMETRICS ---

SIGNATURE:                THUMBPRINT:                PHOTOGRAPH:

(Lucas's Signature Here)    (Lucas's Thumbprint Here)    (Lucas's Photo Here)

Christopher A. Williams
2380 Performance Drive
Richardson, Texas 75082
christopher.allen.williams@recontrustco.com
972.498.5239
Commision Expires: 06/20/2012 / Dallas
Notary Public - State of Texas

INPC# 2531

| Signer | Verified Through | Document Type | County/State of Prop | TS # | Date of Document | Date Notarized | Signature |
|---|---|---|---|---|---|---|---|
| Carolyn Holleman | pk | Trustee's Deed | UT | 10-005053 | 8/30/2010 | 8/30/2010 | |
| Carolyn Holleman | pk | Trustee's Deed | UT | 09-009093 | 8/30/2010 | 8/30/2010 | |
| Carolyn Holleman | pk | TDUS | AZ | 10-005695 | 8/30/2010 | 8/30/2010 | |
| Carolyn Holleman | pk | Grant Deed | ID | 09-018137 | 8/31/2010 | 8/31/2010 | |
| Carolyn Holleman | pk | Notice of Sale | NV | 08-011466 | 8/31/2010 | 8/31/2010 | |
| Carolyn Holleman | pk | Sub of Trustee | NV | 10-001175 | 8/31/2010 | 8/31/2010 | |
| Carolyn Holleman | pk | TDUS | AZ | 10-005276 | 9/1/2010 | 9/1/2010 | |
| Carolyn Holleman | pk | Trustee's Affidavit | VA | 09-010961 | 9/2/2010 | 9/2/2010 | |
| Carolyn Holleman | pk | Assignment | ID | 10-004722 | 8/30/2010 | 9/20/2010 | |
| Carolyn Holleman | pk | Trustee's Deed | ID | 10-004722 | 8/30/2010 | 9/20/2010 | |

