# Exhibit 6

## More Evidence of Robo-Signing

**"Documents Filed by WESTERN PROGRESSIVE-ARIZONA INC and Ocwen into Coconino County Recorder's Office Clouding the Title "**

**CERTIFIED LETTER FROM WESTERN PROGRESSIVE-ARIZONA INC**

1) **NOTICE OF TRUSTEE SALE ARIZONA <u>05-01-2009</u>**

2) **SUBSTITUTION OF TRUSTEE 06-26-2015**

3) **DEBT VALIDATION NOTICE 11-09-2015**

4) **STATEMENT OF BREACH OR NON PERFORMANCE 10-29-2015**

### Ocwen Two : CORPORATE ASSIGNMENT OF DEED OF TRUST

1) **Page One: Idaho Falls ID 04-30-2015**
   **Page Two: Notary Palm Beach Florida 05-01-2015**

2) **Page One: Idaho Falls ID 03-27-2015**
   **Page Two: Notary Black Hawk Iowa 03-27-2015**

No. CV-16-08277-PCT-DLR

CERTIFIED MAIL

PO Box 9045
Temecula, CA 92589-9045



9307 1100 1170 0838 4911 04

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Correspondence to:
Western Progressive - Arizona, Inc.
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400
Suite 200
Atlanta, GA 30328

20151109-68

Michael J Brosnahan
21 Hummingbird Cir
Sedona, AZ 86336-7012



AZ5DAY-CAW

First American Title

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
WHEN RECORDED MAIL TO:
BAC HOME LOANS SERVICING, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065
Attn: FORECLOSURE DEPT
TS No. 09-0053827
Title Order No. 4112748
APN No. 401-51-046

Official Records of Coconino County    3522414
Candace Owens - Recorder 05/05/2009 04:27 PM Pgs: 2
FIRST AMERICAN TITLE INS CO      TS      $14.00

## NOTICE OF TRUSTEE'S SALE ARIZONA

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust Recorded on 05/31/2006, as Instrument Number 3386186, Book N/A, Page N/A, in the records of Coconino County, Arizona, at public auction to the highest bidder: At the main entrance to the Coconino County Courthouse, 200 North San Francisco Street, Flagstaff AZ on 08/06/2009 at 11:30 AM of said day.

LOT 33, OF CHAPEL BELLS ESTATES UNIT 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA  APN No. 401-51-046

The Deed of Trust and/or Beneficiary provide the following purported property location:
21 HUMMINGBIRD CIR, SEDONA, Coconino County, AZ 86336-7012

Said sale will be made for cash (payable at time of sale), but without covenant or warranty, express or implied, regarding title, possession or encumbrances , to pay the remaining principal sum of the note secured by said Deed of Trust, which includes interest thereon as provided in said note, advances, if any under the terms of said Deed of Trust, interest on advances, if any, fees, charges and expenses of the Trustee and of the trust created by said Deed of Trust. The original sum of the note is $373,500.00. Trustee will accept only cash or cashier's check for reinstatement or price bid payment. Reinstatement payment must be paid before five o'clock P.M on the last day other than a Saturday or legal holiday before the date of the sale. The Purchaser at the sale, other than the beneficiary to the extent of his credit bid, shall pay the price no later than five o'clock P.M. of the following day, other than a Saturday or legal holiday.

Name and Address of Original Trustor: MICHAEL J BROSNAHAN, 21 HUMMINGBIRD CIR, SEDONA, AZ 86336-7012
Name and Address of Current Trustee: RECONTRUST COMPANY, N.A., 2380 Performance Dr, TX2-985-07-03 Richardson, TX 75082 FOR INFORMATION/SALE INFORMATION CALL: (800) 281-8219

Name and Address of Current Beneficiary: MORTGAGE ELECTRONIC REGISTRATION, 400 COUNTRYWIDE WAY SV-35, , SIMI VALLEY, CA 93065 PHONE: (800) 669-6650

RECONTRUST COMPANY, N.A. IS THE CURRENT TRUSTEE. RECONTRUST COMPANY, N.A. QUALIFIES AS A TRUSTEE OF THE TRUST DEED UNDER ARIZONA REVISED STATUTES SECTION 33-803, SUBSECTION A. 5., BECAUSE IT IS A NATIONAL ASSOCIATION REGULATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY("OCC")



Description: Coconino,AZ Document - Year.DocID 2009.3522414 Page 1
Order: FDAFDSA Comment:                     2009.3522414 Selected Pages 1-2 Page 1

Form aznos (05/08)

DATED: May 01, 2009

RECONTRUST COMPANY, N.A.
As Trustee

State of: _____ **Texas** _____ )   BY: _____
County of: _____ **Dallas** _____ )   Shane Serwin, Team Member
                                        Assistant Secretary

On _**5/1/09**___ before me _Christopher A. Williams_____, personally appeared
_____Shane Serwin_____, know to me (or proved to me on the oath of
_____ or through _____) to be the person whose name is subscribed to the
foregoing instrument and acknowledged to me that he/she executed the same for the purposes and
consideration therein expressed.

Witness my hand and official seal.

_____
Notary Public's Signature

> CHRISTOPHER A. WILLIAMS
> My Commission Expires
> June 20, 2012

THIS FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE. THE DEBT SET FORTH ON THIS NOTICE WILL BE
ASSUMED TO BE VALID UNLESS YOU DISPUTE THE DEBT BY PROVIDING THIS OFFICE
WITH A WRITTEN NOTICE OF YOUR DISPUTE WITHIN 30 DAYS OF YOUR RECEIPT OF
THIS NOTICE, SETTING FORTH THE BASIS OF YOUR DISPUTE. IF YOU DISPUTE THE
DEBT IN WRITING WITHIN 30 DAYS, WE WILL OBTAIN AND MAIL VERIFICATION OF THE
DEBT TO YOU. IF THE CREDITOR IDENTIFIED IN THIS NOTICE IS DIFFERENT THAN
YOUR ORIGINAL CREDITOR, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS
OF THE ORIGINAL CREDITOR IF YOU REQUEST THIS INFORMATION IN WRITING WITHIN
30 DAYS.

Official Records of Coconino County      3725177
Patty Hansen - Recorder   06/26/2015 02:42:30 PM   Pgs: 2
SIMPLIFILE LC E-RECORDING    NST        $9.00

RECORDING REQUESTED BY:
Premium Title Agency, Inc

AND WHEN RECORDED MAIL TO:
Western Progressive - Arizona, Inc.
Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200, Atlanta, GA 30328

SPACE ABOVE THIS LINE FOR RECORDER'S USE
TS No.: 2015-00057-AZ

55713083204644

## SUBSTITUTION OF TRUSTEE

WHEREAS, Michael J Brosnahan, A married man as his sole & separate property was the original Trustor, FIDELITY NATIONAL TITLE INSURANCE COMPANY was the original Trustee, and COUNTRYWIDE BANK, N.A. AS LENDER MORTGAGE ELECTRONIC REGISTRATION SYSTEMS.INC, was the original Beneficiary under that certain Deed of Trust dated 05/25/2006 and recorded on 05/31/2006 as Instrument No. 3386186, in book —, page — of Official Records of Coconino County, Arizona, and describe as follows

LOT 33, OF CHAPEL BELLS ESTATES UNIT. 4, ACCORDING TO CASE 2 OF MAPS, PAGE 324, RECORDS OF COCONINO COUNTY, ARIZONA

The successor trustee appointed herein qualifies as trustee of the Trust Deed in the trustee's capacity as an Insurance Company s required by ARS Section 33-803, Subsection (A)(6)

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and



TS No.: 2015-00057-AZ

55713083204644

**WHEREAS,** the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided, **NOW, THEREFORE,** the undersigned hereby substitutes Western Progressive - Arizona, Inc., Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200, Atlanta, GA 30328 as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: **5/21/15**

Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2, By its Servicer Ocwen Loan servicing, LLC

Kristin Frontera          Contract Management Coordinator

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged and sworn before me this ____ **21** day of _____**May**_____, 201**5**, by _____Kristin Frontera_____ as **Contract Management Coordinator** of Ocwen Loan Servicing, LLC, who is personally known to me or who has produced _____ as identification.

Erin M. Weston
Notary Public-State of Florida

My Commission Expires: _____

Omw 5-21-15

Notary Public State of Florida
Erin M Weston
My Commission FF 120501
Expires 05/06/2018

Version 1.0 AZ SOT 0514



Notary Public State of Florida
Erin M Weston
My Commission FF 120501
Expires 05/06/2018

TS No.: 2015-00057-AZ

**Western Progressive - Arizona, Inc.**
**Northpark Town Center**
**1000 Abernathy Rd NE; Bldg 400, Suite 200**
**Atlanta, GA 30328**
**(866) 960-8299**

Date: November 9, 2015

T.S. Number: 2015-00057-AZ

## DEBT VALIDATION NOTICE

1. The enclosed document relates to a debt owed to:
   **Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2**

2. You may send us a written request for the name and address of the original creditor, if different from the current creditor, and we will obtain and mail the information within thirty (30) days after we receive your written request.

3. As of **11/09/2015** the total delinquency owed was **$ 189,018.77**, because of interest, late charges, and other charges that may vary from day to day this amount will increase until the delinquency has been fully paid. Before forwarding payment please contact the above at the address or phone number listed in order to receive the current amount owed.

4. As of **November 9, 2015**, the amount required to pay the entire debt in full was the unpaid principal balance of $390,628.94, plus interest from **12/01/2008**, late charges, negative escrow and attorney and/or trustee's fees and costs that may have been incurred. The amount will increase daily until the debt has been paid in full. For further information please write to the above listed address or call **(866) 960-8299**

5. You may dispute the validity of this debt, or any portion thereof, by contacting our office within thirty (30) days after receiving this notice. In that event, we will obtain and mail to you written verification of the debt. Otherwise, we will assume that the debt is valid.

### WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1/877/FTC-HELP or www.ftc.gov."



 ........ 1.1 AZ DVF 0515

TS No.: 2015-00057-AZ

======================================================================

## STATEMENT OF BREACH OR NON-PERFORMANCE

======================================================================

TS No.:2015-00057-AZ

**NOTICE IS HEREBY GIVEN** that a breach or non-performance of the Trust Deed mentioned in the "Notice of Trustee's Sale" to which this Statement of Breach or Non-Performance is attached has occurred.  The nature of such breach of non-performance is as follows:

**Installment of Principal and Interest plus impounds and/or advances which became due on 01/01/2009 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.**
**You are responsible to pay all payments and charges due under the terms and conditions of the loan documents which come due subsequent to the date of this notice, including, but not limited to, foreclosure trustee fees and costs, advances and late charges.**
**Furthermore, as a condition to bring your account in good standing, you must provide the undersigned with written proof that you are not in default on any senior encumbrance and provide proof of insurance. Nothing in this notice of default should be construed as a waiver of any fees owing to the beneficiary under the deed of trust, pursuant to the terms and provisions of the loan documents.**

The Beneficiary elects to sell or cause to be sold such property under the Trust Deed.

Dated:October 29, 2015

Western Progressive - Arizona Inc.

Chelsea Jackson, Trustee Sale Assistant

IF YOUR PROPERTY IS IN FORECLOSURE because you are delinquent in payments, it may be sold without any court action as stated in the enclosed Notice of Trustee's Sale.  You have the legal right to bring your account in good standing by paying all your past due payments plus permitted costs and expenses within 90 days from the date the Notice of Trustee's Sale was recorded.

IF YOUR INTEREST IN THE TRUST PROPERTY IS SUBORDINATE in priority to that of the Deed of Trust being foreclosed, your interest may be subject to being terminated by the Trustee's Sale.

To find out the amount you must pay or to arrange for payment to stop the foreclosure or if your property is in foreclosure for any other reason, contact:

**Ocwen Loan Servicing LLC**
**1661 Worthington Road**
**West Palm Beach, FL 33409**
**Phone: 877-596-8580**



1.1 AZ SOB 0515

Page 1 of 1

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID  83401

---

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Coconino, Arizona
SELLER'S SERVICING #:7130832046 "BROSNAHAN"
INVESTOR'S LOAN #:  ARLP 2014-2

Date of Assignment: April 30th, 2015
Assignor: Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in
its individual capacity but as Trustee of ARLP Trust 4 by it's attorney in fact Ocwen
Loan Servicing, LLC  at 1661 WORTHINGTON RD, SUITE 100, WEST PALM BEACH,
FL 33409
Assignee: WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST,
SERIES 2014-2 at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON
ROAD, STE 100, WEST PALM BEACH, FL 33409

Executed By: MICHAEL J. BROSNAHAN, A MARRIED MAN AS HIS SOLE &
SEPARATE PROPERTY  To: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., ("MERS"), SOLELY AS NOMINEE FOR COUNTRYWIDE BANK, NA,
ITS SUCCESSORS AND/OR ASSIGNS
Date of Deed of Trust:  05/25/2006 Recorded:  05/31/2006  in Book/Reel/Liber: N/A
Page/Folio: N/A as Instrument No.: 3386186  In the County of Coconino, State of
Arizona.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration,
the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby
assigns unto the above-named Assignee, the said Deed of Trust having an original
principal sum of $373,500.00 with interest, secured thereby, and the full benefit of all
the powers and of all the covenants and provisos therein contained, and the said
Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest
under the Deed of Trust.

    TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the
said Assignee forever, subject to the terms contained in said Deed of Trust.  IN
WITNESS WHEREOF, the assignor has executed these presents the day and year first
above written:

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its
individual capacity but as Trustee of ARLP Trust 4 by it's attorney in fact Ocwen Loan
Servicing, LLC
On __MAY 0 1 2015__

By:
  Yenifer Lorenzo
_, Authorized Signer

*ASI*ASIGMAC*04/30/2015 10:42:50 AM* GMAC40GMACA0000000000004503301* AZCOCON* 7130832046 AZSTATE_TRUST_ASSIGN_ASSN *DAV*DAVGMAG*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF _____Florida_____
COUNTY OF __Palm Beach_____

On ___MAY 0 1 2015_____, before me, _____Christian J. Ferrer_____, a Notary Public in
and for ___Palm Beach____ in the State of _____Florida_____, personally appeared
___Yenifer  Lorenzo_____, Authorized Signer, personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity, and that by his/her/their signature on the
instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.


WITNESS my hand and official seal.

_____
Christian J. Ferrer
Notary Expires: 12/30/2016

Notary Public State of Florida
Christian J Ferrer
My Commission FF 092234
Expires 12/30/2016

(This area for notarial seal)

*ASPASIGMAC*04/30/2015 10:42:59 AM* GMAC40GMACA0000000000000004593C1* AZCOCON* 7150832348 AZSTATE_TRUST_ASSIGN_ASSN *DAV*DAVGMAC*

Official Records of Coconino County    3720139
Patty Hansen - Recorder   05/04/2015 10:17:40 AM  Pgs: 2
SIMPLIFILE LC E-RECORDING   DOTA        $9.00

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID  83401

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Coconino, Arizona
SELLER'S SERVICING #:7130832046 "BROSNAHAN"
SELLER'S LENDER ID#:  DW SCI

Date of Assignment: March 27th, 2015
Assignor: Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in
its individual capacity but as Trustee of ARLP Trust 4 by it's attorney in fact Ocwen
Loan Servicing, LLC  at 1661 WORTHINGTON RD, SUITE 100, WEST PALM BEACH,
FL  33409
Assignee: WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST,
SERIES 2014-2 at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON
ROAD, STE 100, WEST PALM BEACH, FL  33409

Executed By: MICHAEL J. BROSNAHAN, A MARRIED MAN AS HIS SOLE &
SEPARATE PROPERTY  To: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., ("MERS"), SOLELY AS NOMINEE FOR COUNTRYWIDE BANK, NA,
ITS SUCCESSORS AND/OR ASSIGNS
Date of Deed of Trust: 05/25/2006 Recorded:  05/31/2006  in Book/Reel/Liber: N/A
Page/Folio: N/A as Instrument No.: 3386186  In the County of Coconino, State of
Arizona.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration,
the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby
assigns unto the above-named Assignee, the said Deed of Trust having an original
principal sum of $373,500.00 with interest, secured thereby, and the full benefit of all
the powers and of all the covenants and provisos therein contained, and the said
Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest
under the Deed of Trust.

   TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the
said Assignee forever, subject to the terms contained in said Deed of Trust. IN
WITNESS WHEREOF, the assignor has executed these presents the day and year first
above written:

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its
individual capacity but as Trustee of ARLP Trust 4 by it's attorney in fact Ocwen Loan
Servicing, LLC
On ____ MAR 2 7 2015 ____

By: _____
        REBECCA DAMME
_, Authorized Signer

*ASI*ASIGMAC*03/27/2015 10:28:26 AM* GMAC40GMACA00000000000000450830B1* AZCOCOH* 7130832046 AZSTATE_TRUST_ASSIGN_ASSN *RR*RR1GMAC*

3720139   Pages: 2 of 2   05/04/2015 10:17:40 AM

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF ___Iowa___
COUNTY OF ___Black Hawk___

On ___MAR 2 7 2015___, before me, ___Vicki Pospisil___, a Notary Public in
and for ___Black Hawk___ in the State of ___Iowa___, personally appeared
___REBECCA DAMME___, Authorized Signer, personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity, and that by his/her/their signature on the
instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal,

___Vicki Pospisil___

Notary Expires: 6/10/2017

VICKI POSPISIL
COMMISSION NO.784538
MY COMMISSION EXPIRES
JUNE 10, 2017

(This area for notarial seal)

"ASI*ASIGMAC*03/27/2015 10:28:25 AM* GI/AC4CGMACA00000C0C0C00094598301* AZCOCON* 7120932346 AZSTATE_TRUST_ASSIGN_ASSN "RR*RR1GMAC"