# Exhibit 7

**Consumer Notice Letter 06-27-2017 For Additional Debt Validation**

**And (RESPA) Qualified Written Request**

No. CV-16-08277-PCT-DLR

Additional Request For Validation OF Debt

**Michael Brosnahan**                                         **Date: June 27, 2016**
**21 Hummingbird Circle**
**Sedona Az. 86336**

**To:**
Att: Mary Ellis Senior Vice President
 CALIBER HOME LOANS
 P. O. Box 24610
Oklahoma City, OK 73124-0610
agents for:
LSF9 MASTER  PARTICIPATION  TRUST
WESTERN PROGRESSIVE-ARIZONA INC
Ocwen Loan Servicing.LLC
Bank of America, (Formerly Countrywide)
BAC Home Loans Servicing LP
ReconTrust Company
Mortgage Electronic Registration Systems Incorporated (MERS)
Deutsche Bank National Trust Company,
As Trustee for Bank of America, National Association
CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as
Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of
ARLP Securitization Trust, Series 2014-2 ("Noteholder")

To whom it may concern,
**Re: Loan Number 7130832046 : NOT A VAILD DEBT**
**LEGAL AND CONSTRUCTIVE NOTICE:**
**You are participating in a process that is legally insufficient and VOID on its face!  There
are numerous statutory notice violations associated with your alleged Trustee's Sale and
debt collection process against the alleged referenced loan.**

        CALIBER HOME LOANS and its agents is hereby required to create a single point of
contact for Michael Brosnahan to contact and review the accuracy of the documents submitted.
Please do not misfile or lose the same as the information contained is private in nature.

This letter further constitutes my Request for Michael J Brosnahan complete Loan File pursuant
to TELA, RESPA FDCA and Arizona Law.

Please consider this my response to your *"NOTICE OF SALE OF OWNERSHIP OF
MORTGAGE LOAN"* letter dated May 31, 2016 and another letter dated June 03,2016 from
Mary Elis Senior Vice President CALIBER HOME LOANS that identified CALIBER HOME
LOANS was now the "Loan Servicer " and "Debt collector". These letters asking me to dispute
the validity of the debt within thirty days. I am currently acting in good faith so I may have quiet
and peaceful enjoyment of my home. I will attempt to be concise in my response as there are
many misrepresentations and violations to address in your letter.
        CALIBER HOME LOANS **and its agents are purposely obfuscated facts and avoided
important issues** and determining factors in this matter thus causing undue delay in achieving a
just, speedy and inexpensive resolution to this matter. you have no legal right to initiate a
foreclose as it **never truthfully identify themselves or third parties of interest or answers and
addressed my valid concerns stated in my previous correspondence** CALIBER HOME
LOANS **and its agents** is seeking to illegally seize possession of Mr. Brosnahan's home and to
obtain a windfall by concealing the true parties to the fraud from an, alleged loan.

Additional Request For Validation OF Debt

This is an update to Michael J Brosnahan's pursuant to the Consent Judgment entered against you with the Consumer Financial Protection Bureau and the State of Arizona in *The United States District Court for the District of Columbia* dated December 12, 2013. And, also the Consent Judgment by and between J.P. Morgan Chase and the Consent Judgment in *The United States of America, et al v. Bank of America, et al,* Action No. 12-036, filed on April 4, 2012 and the United States Treasury's "A 75 Billion Home Affordable Modification Program to prevent Foreclosure and Help Responsible Families Stay in Their Homes" ("the Program").

The Consent Judgment provides details of your financial obligations under the Agreement which includes consumer relief funds in which you are required to complete 75% of your obligation within two (2) years and 100% within three (3) years.

In addition, Bank of America, (Formerly Countrywide) (the "investor" of the subject loan) is the recipient of $45 Billion of bailout funds under the Troubled Asset Relief Program (TARP), and Ocwen Loan Servicing, LLC ("Ocwen") is the recipient of $1.84 Billion of TARP funds, you are required to participate in the Program and its Guidelines, dated March 4, 2009. Bank of America, (Formerly Countrywide) formalized their commitment to the Program through a signed contract and are therefore required to participate.

To the extent CALIBER HOME LOANS is responsible for the servicing this loan that Ocwen Loan Servicing, LLC ("Ocwen") Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder") WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION  TRUST to which the Consumer Relief Requirements apply, Michael J Brosnahan may be qualified for this type of relief. According to your application, any and all the documents you have requested have been provided to you at this time.

Proof has been submitted of Qualification under the Program:

1.       The home is owner <u>occupied</u>, single family;
2.       The home is a <u>primary residence</u>;
3.       The home is <u>not</u> investor-owned;
4.       The current monthly mortgage <u>payment ratio is greater than 31%</u>;
6.       The lien loan has an unpaid principal balance is under the January 2010 loan limit;
7.       The pre-modification LTV is greater than 100%;

**Notice** CALIBER HOME LOANS **and its agents:**
As a result of their mortgage activities, CALIBER HOME LOANS
 and its agents, and each of them are and were Subject to and must comply with the Federal Truth in Lending Act (hereinafter referred to as "TILA" [15 U.S.C. 1601-16666]] and the Acts corresponding Regulation (hereinafter referred to as "Reg. Z" [24 C.F.R. 3500.1-3500.17]; the Real Estate Settlement Procedures Act (hereinafter referred to as "RESPA") [12 U.S.C,2601 et seq]; Business and Professions Code [17200; Federal Trade Commission 5]; 24 Code of Federal Regulations 3500.10; Unfair and Deceptive Business Practices and Acts {UDAP Statutes); The violations of A.R.S. Title 44, especially §§1200 series, etc.  Non-judicial foreclosures require the purported power of sale clause to be a lawful agreement, which in this instant case was not. CALIBER HOME LOANS and its agents are erroneously misusing 12 U.S.C. § 1821(d)(13)(D) in an attempt to misplace the liability of their continued malicious, willful and unlawful attempt

Page **2** of 17

to Foreclosure as a debt collector and steal Mr. Brosnahan's unique real property. Please provide the name, address, and phone number of the true owner of this obligation pursuant to 15 U.S.C. § 1641(f)(2) and describe your relationship to this entity.

**This has been recorded for the alleged loan for the home located at:**
Re: Loan Number: # 137733623 APN No 401-54046 Min 1001337-0001411265-3 Foreclosure Sale Number: TS #: 2009-53827

**Property Address:** 21 Hummingbird Circle, Sedona, Az. 86336-7012. Parcel Number: Lot 33 of Chapel Bell Estate Unit 4, According To Case 2 Maps, Page 324, Records Of Coconino County, Arizona, APN NO 401-54046, MIN 1001337-0001411265-3

Michael J Brosnahan is a civilian, hereby submits the following in reference to the purported debt claimed by CALIBER HOME LOANS, Ocwen Loan Servicing, LLC ("Ocwen") Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION TRUST: Loan Number: # 137733623 APN NO 401-54046 MIN 1001337-0001411265-3 (alleged "Loan") OCWEN Re: Loan Number 7130832046. CALIBER HOME LOANS claims to be a debt collector and therefore is subject to the Fair Debt Collection Practices Act.

However to the best of Mr. Michael J Brosnahan knowledge and beliefs he has acted in good faith with the following companies: Countrywide, BAC Home Loans Servicing LP, Bank of America OCWEN. Now CALIBER HOME LOANS who is now in the process of underwriting the alleged loan "In House" with LSF9 MASTER PARTICIPATION TRUST being the alleged beneficiary. It is a material fact that none of above entities has ever validated this debt before passing it to the next company.

Mr. Brosnahan believes that the alleged debt has been knowingly passed and was never validated from one company to the next in an attempt conceal material facts and evidence and that the debt has been paid in full and that none of the above mentioned entities are the Creditor or Holder in Due Course of the alleged note in question. CALIBER HOME LOANS must by law identify and disclose "The Real Party of Interest on the Note" as the alleged "CREDITOR" and "HOLDER IN DUE COURSE" .

**SWORN DENIAL:** Pursuant to the Constitution for the United States, the Uniform Commercial Code (UCC) 3-601, 3-602, 3-603, 3-604, 3-605, the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §§ 1601, 1692 *et seq* and all other applicable law, I herby state that that the following :

1. I deny that the above referenced purported debt is my debt;
2. If the above referenced purported debt is my debt, I deny that it is a valid lawful debt;
3. If the above referenced purported debt is a valid debt I deny the amount claimed, or stated, or attempted to be collected is the correct amount.

Additional Request For Validation OF Debt

**15 U.S.C. § 1692 (E) STATES THAT** a "false, deceptive, and misleading representation, in connection with the collection of any debt", includes the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice. Account: ending in: Loan Number: # 137733623 APN NO 401-54046 MIN 1001337-0001411265-3 (alleged "Loan") CALIBER HOME LOANS, Ocwen Loan Servicing, LLC ("Ocwen") Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION TRUST, Claims omit information which should have been disclosed, such as but not limited to vital citations, disclosing the agency's jurisdictional and statutory authority. Specifically you are hereby requested to produce:

1. Claims further contains, false deceptive and misleading representations, and allegations intended to intentionally pervert the truth for the purpose of inducing one, in reliance upon such, to part with property belonging to them and to surrender certain substantive legal and statutory rights.
2. To act upon these claims would divest one from his property and his prerogative rights, resulting in legal injury.

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT. 15 U.S.C. §§ 1601, 1692 ET SEQ,** this constitutes timely written notice that Michael J Brosnahan declines to pay the referenced erroneous purported debt which is unsigned and unattested, and which Michael J Brosnahan discharges and cancels in its entirety I hereby give effective notice and cancel the transaction indicated above without any further notice, without dishonor, until Bank Of America Account: ending in: Bank Of America (FORMERLY Countrywide) Loan Number: # 137733623 APN NO 401-54046 MIN 1001337-0001411265-3 (alleged "Loan"), CALIBER HOME LOANS Re: Loan Number 7130832046 CALIBER HOME LOANS, Ocwen Loan Servicing, LLC ("Ocwen") Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION TRUST:

1. Validates purported debt;
2. Validates that purported debt does not constitute fraud;
3. Produce the documentation and information demanded herein.

**PURSUANT TO 15 U.S.C. § 1692 (G) (4) VALIDATION OF DEBTS,** this is lawful demand that Debt Collector must provide lawful validation and supporting legal evidence to substantiate Debt Collector, CALIBER HOME LOANS Re: Loan Number 7130832046 CALIBER HOME LOANS, Ocwen Loan Servicing, LLC ("Ocwen") Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National

Additional Request For Validation OF Debt

Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER  PARTICIPATION  TRUST claims that:

1. The purported debt does not constitute fraud;
2. The purported debt does not constitute fraudulent misrepresentation;
3. The purported debt is lawfully owed by Michael J Brosnahan to BANK OF AMERICA Account: Loan Number: # 137733623 APN NO 401-54046 MIN 1001337-0001411265-3 (alleged "Loan") Ocwen Re: Loan Number 7130832046.

**PURSUANT TO FAIR DEBT COLLECTION ACT, 15 U.S.C. § 1692 (G) (8)**, as you are merely an "agency", or board, acting on someone else's behalf, I demand that CALIBER HOME LOANS, Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER  PARTICIPATION  TRUST:

1. The name and all details of the genuine original "principal";
2. The name and all details of the "holder in due course";
3. The name and all details for whom you attempting to collect this alleged debt.

**UNTIL ALL THE REQUIREMENTS** of the Fair Debt Collection Practices Act have been met by Ocwen Re: Loan Number 7130832046, CALIBER HOME LOANS, Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION  TRUST has no legal jurisdiction to continue any collection activity on the purported debt that Michael J Brosnahan allegedly owes.This is not Michael J Brosnahan refusal to pay a lawful debt, but I am hereby:

1. Disputing the validity of the alleged debt;
2. Disputing that purported debt does not constitute fraud;

**Charles J. Horner, ACFEI, CREB Chief Examiner discovered and stated in his report the following in regards to Mr. Brosnahan alleged loan:**
"ARS 33-804. Appointment of successor trustee by beneficiary C. A notice of substitution of trustee shall be recorded in the office of the county recorder of each county in which the trust property or some part of the trust property is situated at the time of the substitution. The

beneficiary shall give written notice through registered or certified mail, with postage prepaid, to the trustor.

**Unauthorized Trustee** – Page 2 of the Notice Of Trustee's Sale (NT) discloses the date of 05/01/2009 as the date of the document and page 1 of the NT discloses the recording date of 05/05/2009 as recorded by Recon Trust Company, N.A. Paragraph (D) on page 2 of the Deed Of Trust discloses Fidelity National Title as the Trustee. My search of the Coconino County public records did not produce a Substitution Of Trustee which, pursuant to ARS 33-804 above, must be executed by the beneficiary and recorded to assign powers, duties, authority, and title granted and delegated to the trustee named in the deed of trust. Therefore, the Notice of Trustee's Sale was recorded 05/05/2009 by Recon Trust Company, N.A. who was not the Trustee or authorized agent and did not have the authority to commence foreclosure as the Trustee was still Fidelity National Title.

**Pursuant to page 2 paragraph (E) of the Deed Of Trust:** Mortgage Electronic Registration Systems Incorporated (MERS) is acting solely as nominee for Lender and Lender's successors or assigns and is the beneficiary under that security instrument. In that capacity, MERS initiated the foreclosure process by executing and recording certain instruments which sets in place the entities that carry out the process of foreclosure. However, there are many judicial opinions in several different states that MERS does not have the capacity as only a nominee to execute the process of foreclosure or to assign security instruments from one beneficiary to the other.

In a foreclosure situation whereby MERS is the claimed beneficiary and the true beneficiary obtains the Trustee's Deed affecting a credit sale back to the lender, MERS schemes to avoid the transfer tax of the transaction. Furthermore, in non-judicial states, MERS admits to merely holding title as nominee for the true beneficiary. Here is an excerpt from their own web site.

*"Normally, where the name of the grantee under the Trustee's Deed Upon Sale is different than the name of the foreclosing entity, the Trustee's Deed Upon Sale states that the "Grantee was not the foreclosing beneficiary." This designation triggers the imposition of transfer taxes on the sale. It is important to note that in a MERS foreclosure sale, even where the property reverts, the name of the grantee will be different than the name of the entity foreclosing. Nonetheless, the Trustee's Deed Upon Sale should state that "The Grantee was the foreclosing beneficiary." This is because MERS merely holds title as nominee for the true beneficiary; **it is the true beneficiary that has actually foreclosed and acquired title**".* By this admission, MERS has stated that they are not, and was not, the true beneficiary thereby nullifying the nomination pursuant to the Deed Of Trust.

**Countrywide Bank (Lender)**
**Violations:**
**(A) 5000 - FDIC Statements of Policy -** "When an institution offers nontraditional mortgage loan products, underwriting standards should address the effect of a substantial payment increase on the borrower's capacity to repay when loan amortization begins." "Ensure that loan terms and underwriting standards are consistent with prudent lending practices, including consideration of a borrower's repayment capacity;" "For all nontraditional mortgage loan products, an institution's analysis of a borrower's repayment capacity should include an evaluation of their ability to repay the debt by final maturity at the fully indexed rate, 5 assuming a fully amortizing repayment schedule"

**Imprudent Underwriting, Housing Expenses** – The 1003 loan application discloses the borrower was paying $1,327.00 in monthly housing and will be paying $3,419.03 which represents approximately 258% increase in housing costs. The increase in housing costs is a disaster waiting to happen and demonstrates the lender's lack of due diligence in the underwriting process. Displacing prudence with profit and duty of care are ingredients which define predatory lending.

**(B) Uniform Settlement Statement 24 CFR §3500.8 The HUD-1 and HUD-1A must be completed by the person (settlement agent) conducting the closing and must conspicuously and clearly itemize all charges related to the transaction.**

**Failure to Provide Disclosure** – I have noted that the borrower was not provided with a Final HUD 1 Settlement Statement pursuant to paragraph B above.

**(C1) 12 C.F.R. 226.23(a) (3). Failure to make clear, conspicuous, and accurate material disclosures also triggers an extended right of rescission. Material disclosures include the: (1) annual percentage rate, (2) finance charge, (3) amount financed, (4) total payments, (5) or payment schedule.**

**(C2) Truth In Lending Act (15 USC 1601 et seq.).** The purpose of TILA is to promote the informed use of consumer credit by requiring disclosures about its terms, cost to standardize the manner in which costs associated with borrowing are calculated and disclosed. TILA requires uniform or standardized disclosure of costs and charges so that consumers can shop and compare. Misleading or misrepresentation of those charges voids the consumer's ability to shop for comparable loan products that may be available through other lenders. The regulation prohibits certain acts or practices in connection with credit secured by a consumer's principal dwelling.

**Understated Amount Financed** – I have compared the Finance Charges used to calculate the APR in the Final Truth In Lending Statement with the Estimated Settlement Statement and have determined that the Amount Financed on exhibit 2 when deducted from the loan amount of $373,500.00 reveals $4,673.54 as the amount of finance charges used to calculate the Amount Financed. When recalculating the finance charges as disclosed on exhibit 3, the resulting total is $4,841.53. Pursuant to 6500 FDIC § 226.4 which states "The finance charge is the cost of consumer credit as a dollar amount. It includes any charge payable directly or indirectly by the consumer and imposed directly or indirectly by the creditor as an incident to or a condition of the extension of credit." It's important to note that in a refinance loan, the lender engages third party service providers as these services are required by the lender. Therefore, pursuant to § 226.4 (a) (1) & (2), the cost of third party service providers such as escrow related costs, lender required recording fees, notary fees, title endorsements etc. or any other services required by the lender are considered a "Finance Charge" if the lender requires the use of that service. Because the lender did not include these charges, the adjusted Amount Financed is $368,658.47. Therefore, the Final Truth In Lending Statement understates the amount of Finance Charges by the amount of $167.99.

**Under Disclosure of Finance Charge** – I have investigated the Finance Charge as disclosed on the Final Truth In Lending Statement by running a 30 year amortization schedule and have noted that the total of interest the lender will receive is $746,114.41. When added to the finances charges of $4,841.53, the total Finance Charge is $750,955.94. Therefore, the Finance Charge is under disclosed by an amount of $172.75.

**Misleading Disclosure** – The Final Truth-In-Lending (Exhibit 2) states "This loan has a variable-rate feature. Variable rate disclosures have been provided to you earlier." However, the notice so referenced is the Adjustable Rate Program Disclosure and is dated the same date and therefore, not "earlier."

**Incomprehensible Instrument** - I have noted that the "Adjustable Rate Note" was incomprehensible, filled with legalese and unintelligible language, all designed to confuse the average purchaser. Indeed, an informed and experienced individual would have a difficult time understanding the entire agreement.

**(D) FCRA 15 U.S.C. 1681 Section 212 Subsection 609(g) a lender must provide the following to the consumer as soon as reasonably practicable:** 1. The current credit score of the consumer or the most recent credit score of the consumer that was previously calculated by the credit reporting agency for a purpose related to the extension of credit; 2.The range of possible credit scores under the model used; 3. All of the key factors that adversely affected the credit score of the consumer in the model used, the total number of which shall not exceed four (4), unless a key factor that adversely affects the consumer's credit score consists of the number of enquiries made with respect to a consumer report. In this case, then five (5) key factors may be listed; 4. The date

on which the credit score was created and; 5. The name of the person or entity that provided the credit score or credit file upon which the credit score was created.

**Failure To Disclose** – Pursuant to this section the lender must provide the most recent credit score the lender used to make an underwriting decision. I have noted that the lender did not provide the credit scores on the document titled "Credit Score Disclosure."

**(E) 15 U.S.C. § 1681s-2] (A) 7 NOTICE TO CONSUMER REQUIRED- (i) IN GENERAL-** If any financial institution that extends credit and regularly and in the ordinary course of business furnishes information to a consumer reporting agency described in section 603(p) furnishes negative information to such an agency regarding credit extended to a customer, the financial institution shall provide a notice of such furnishing of negative information, in writing, to the customer.

**Failure To Disclose** – The lender has a one-time duty under this section of the FCRA to provide a notice to the consumer that they have or will furnish negative information to a consumer reporting agency. Typically, a lender will provide this notice along with the other disclosures at the time of loan consummation. I have concluded that no disclosure titled "Furnishing Of Negative Information" was provided to the borrower at any time during the processing of this loan. Thus, it is highly likely that if the lender has reported negatively information with the credit repositories, they have done so in violation of this section.

**(F) 15 USC, Subchapter I, Gramm-Leach-Bliley Act. Disclosure of Nonpublic Personal Information Sec. 6803. Disclosure of institution privacy policy** (a) Disclosure required. At the time of establishing a customer relationship with a consumer and not less than annually during the continuation of such relationship, a financial institution shall provide a clear and conspicuous disclosure to such consumer, in writing or in electronic form or other form permitted by the regulations prescribed under section 6804 of this title, of such financial institution's policies and practices with respect to; (1) disclosing nonpublic personal information to affiliates and nonaffiliated third parties, consistent with section 6802 of this title, including the categories of information that may be disclosed;

**Failure To Disclose -** I have concluded that the borrower was not provided the "Privacy Pledge" disclosure or the required "Privacy Choices" disclosure pursuant to the above subsections.

**(G) 24 CFR 3500.6(a).  Requires certain disclosures such as but not limited to, Servicing Transfer, Adjustable Rate Booklet, Right to Copy of Appraisal, Federal Equal Opportunity, and various other exhibits to be provided to the borrower.**

**Failure To Disclose -** My inventory of the documents that were provided to the borrower has revealed that the required disclosures pursuant to this section were not provided to the borrower at any time during the process of this loan.

**(H) 6500 - FDIC Consumer Protection Paragraph 19 (b) (2) (viii).** 2. Selection of index values. The historical example must reflect the method by which index values are determined under the program. If a creditor uses an average of index values or any other index formula, the history given should reflect those values. The creditor should select one date or, when an average of single values is used as an index, one period and should base the example on index values measured as of that same date or period for each year shown in the history. A date or period at any time during the year may be selected, but the same date or period must be used for each year in the historical example. For example, a creditor could use values for the first business day in July or for the first week ending in July for each of the 15 years shown in the example.

 **Failure To Disclose -** Pursuant to this section, the lender must provide the borrower with historical index values when the loan is an adjustable rate loan and adjustments are based on an index. There is no existing evidence in the documents provided to me that this disclosure was ever given to the borrower."

**Actual Notice: To Rescind; Request For Accounting; Notice Pursuant To R.E.S.P.A.:** I hereby give effective notice to rescind and cancel the transaction indicated above without any further notice. Mr. Brosnahan has conducted a reasonable investigation and inquiry into this

matter and concluded that Bank Of America (Formerly Countrywide), the originator of this transaction, failed to provide all material disclosures correctly made as that term is defined and under 15 U.S.C. § 1635(a); Reg. Z §§ 226.23(a) in a form that I may keep.  The notices were ineffective, failed to provide the requisite number and have omitted dates.  This transaction is subject to the unconditional right to rescind within three days which has not yet begun to run due to your failure to provide effective notice of my right to cancel. You should also be advised that your willful failure to rescind the transaction on a timely basis knowing the material facts will be used as evidence that you are complicit in the matter.

**Willful and malicious harassment: <u>Right to Cancel</u> is my rescission letter. In Mr. Brosnahan letter dated 2009**: Michael J Brosnahan  legally mailed first class effectively rescinding under TILA the loan. CALIBER HOME LOANS and its agents are **willfully and maliciously** attempting to collect a debt on an alleged Loan that was **Rescind** My <u>Notice of Right to Cancel</u> is my rescission letter sent back in 2009. The subject mortgage and note did not exist after the notice of rescission. That is the express terms of the law. Hence any action to enforce or collect under the terms of the note or mortgage or deed of trust were void, ab initio. Defendant's violation of the express provisions of the Federal Act. **The only jurisdiction the any court** *had* **was based upon the allegations based upon the presumption of the note and mortgage**. The rescission removed the note and mortgage as valid instruments as of the date of mailing the rescission. Hence unless one or more of the parties allege that they are the owner of the debt and the end of the line in the "chain" (and then prove it) **none of the existing parties have standing to dispute the rescission** which, as **Justice Scalia said on behalf of a <u>unanimous US Supreme Court</u>, was effective upon mailing regardless of whether it was disputed or not**. Defendants argument that even though the US Supreme Court says otherwise, that the notice of rescission should be ignored and the sale should move forward. There is no higher authority than the US Supreme Court.

**In addition to the above irregularities, the Texas Secretary of State responded to Mr. Brosnahan notary complaint case number: INPC 22531: by immediately Suspending Christopher Williams Recon Trust employee and Notary**, for not complying with Texas Law Code & 406.014 and he failed in his duty as a notary on his log books specifically in regards to the details of the Trustee Sale Document. Mr. Brosnahan also believes Recon Trust Company breached their fiduciary obligation as the alleged Trustee and ignored due diligence to the Trustor by not acting in a fair and unbiased manner to disclose to both parties when this material fact was discovered by the Texas Secretary of State. I would like OCWEN and its agents to consider this material fact that Texas Notary Public Christopher Williams ReconTrust employee's criminal acts were being committed using a government issued authority; and under color of state law to deprive me of my constitutionally protected civil rights; and are the sole cause and relevant factors that have allowed a Bank of America, (Formerly Countrywide) to commence an unlawful foreclosure on Mr. Brosnahan unique real property.

**Acting in Bad Faith,** CALIBER HOME LOANS, and its agents Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERNPROGRESSIVE-ARIZONAINC,LSF9MASTER PARTICIPATIONTRUST**and its agents sent homeowner "NOTICE OF TRUSTEE'S SALE ARIZONA" - Dated 05-01-2009** that  was already proven to be a robo-signed False and forged document. Texas notary was suspended for not compiling fully with the Texas Secretary of State

Additional Request For Validation OF Debt

and is **VOID** and cannot by law be used to Validate this alleged debt or foreclose on real property. CALIBER HOME LOANS **and its agents WESTERN PROGRESSIVE-ARIZONA INC,** jointly or separately, by and through their *ens legis',* are using Criminal and Fraudulent activities against Michael J Brosnahan's real property and **violating fiduciary responsibility** to all parties. CALIBER HOME LOANS and its agents have **fabricated the facts attempting to assign themselves alleged rights that they do not possess by clouding the Title.** *FRAUS OMNIA VITIATE* **(Fraud vitiates everything.)**

**Under what authority did on June 26, 2015** CALIBER HOME LOANS and its agents are responsible for the servicing this loan from Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION   TRUST, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN     PROGRESSIVE-ARIZONA     INC,     LSF9     MASTER PARTICIPATION   TRUST **and its agents,** jointly or separately, by and through their *ens legis,* cause to have filed and recorded false and/or forged Fraudulent documents in the Coconino County Recorder's Office **"SUBSTITUTION OF TRUSTEE" Dated: 05-21-2015 that clearly breaks the chain of title see DEED OF TRUST paragraph 24 -** *"Substitute Trustee. Lender may, for any reason or cause, from time to time remove Trustee and appoint a successor trustee to any Trustee appointed hereunder.  Without conveyance of the Property, the successor trustee shall succeed to all the title, power and duties conferred upon Trustee herein and by Applicable Law."* **In Arizona Law and contracts; that means ONLY "Lender" and NO ONE ELSE may appoint a successor Trustee.**

**Qualified Written Request And Additional Request For Validation OF Debt**
In addition, please treat this notice as a qualified written request as that term is defined pursuant to 12 U.S.C. § 2605(e)(1)(B) and a request for accounting pursuant to the collateral instruments associated with this transaction under Revised Article.
This request is not intended nor does it alter or diminish in any way any previous requests or demands for validation of debt but is intended to and does supplement all previous requests and or communications filed by and or sent by Michael Brosnahan associated with the above referenced case (this matter) and the alleged account associated therewith.
As previously stated by Michael Brosnahan you are required to provide a full accounting of your corporations / entity / organization / individuals etc. authority, capacity, and or standing to file Foreclosure in this matter and in addition you are required to provide a full accounting and validation and verification of all claims made by CALIBER HOME LOANS is responsible for the servicing this loan for Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER  PARTICIPATION   TRUST, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER

Additional Request For Validation OF Debt

PARTICIPATION TRUST in this matter as detailed in DEMAND for VALIDATION of DEBT filed in this case by Michael Brosnahan.

In addition to all previous requests / demands for validation of debt please provide the following in a timely manner as required by law; ("CUSIP": stands for Committee on Uniform Securities Identification Procedures.)

1. The original LOAN APPLCATION with CUSIP numbers containing any and all the wet ink signatures, endorsements, transfer, alterations, notations etc occurring over the entire existence of the document associated with the alleged account in the above referenced case

2. The original MORTGAGE / DEED OF TRUST containing any and all the wet ink signatures, endorsements, transfers, alterations, notations etc occurring over the entire existence of the document associated with the alleged account in the above referenced case

3. The original NOTE containing any and all the wet ink signatures, endorsements, transfers, alterations, notations etc occurring over the entire existence of the document associated with the alleged account in the above referenced case

4. Any CUSIP numbers on or assigned to or associated with the LOAN APPLICATION associated with the alleged account in the above referenced case

5. Any CUSIP numbers on or assigned to or associated with the MORTGAGE DEED OF TRUST associated with the alleged account in the above referenced case

6. Any CUSIP numbers on or assigned to or associated with the NOTE associated with the alleged account in the above referenced case with the allonge, front and back, affixed to my Genuine Original Promissory Note with endorsements relating to and/or associated with this transaction.

7. Any CUSIP numbers on or assigned to or associated with any and all Insurance Policy funds paid to this account with the names and dates of any and all companies who received these funds.

8. If the of GENUINE ORIGINAL MORTGAGE / DEED OF TRUST and NOTE associated with the alleged account in the above referenced case have been separated at any time in their existence and do not currently reside in your physical possession in their original state as required by law in order for you to claim an interest in the property in question and file suit in this matter, please provide a full accounting and full documentation of the reasons and circumstances surrounding the cause of the separation, a full listing of any entities, organizations, corporations individuals etc. who have, or have had access to or possession of GENUINE ORIGINAL MORTGAGE/ DEED OF TRUST and NOTE associated with the alleged account in the above referenced case, and sworn affidavits signed under penalty of perjury by any individuals/ persons etc. with first hand knowledge of said separation of the of GENUINE ORIGINAL MORTGAGE/ DEED OF TRUST and NOTE including any dates and circumstances causing the separation, and their title, position, and duties at the time of separation. I demand A certified copy of all letters, statements, documents, and material disclosures sent to me by previous Servicers, Sub-Servicers or others in your file or in your

Additional Request For Validation OF Debt

control or possession or in the control or possession of any affiliate, parent company, agent, Sub-Servicers, Servicers, attorney or other representative of your company;

9.  I request/demand for information, a demand for the "Meta-Data" stamps that are part of "e-discovery". A mete-data stamp is the electronic signature that will be evident on the electronically transmitted Note and Deed from the lender to the warehouse lender, to the depositor, to the REIT Trust, to the REMIC Trust. This is the electronic path that was followed in nearly all securitizations.  Also, the servicers' remittance ledgers are of crucial importance The Deed/mortgage contains language which corroborates this payment as a "miscellaneous proceed" paid by a voluntary third party.

10.  I request/demand for information, a demand for the following documents:
All accounting ledger journal entries and/or bookkeeping entries regarding the crediting of any and all Promissory Notes, money equivalents, or similar instruments, identified as or evidencing assets provided by and/or signed by the alleged borrowers and consumers relating to this Account An identification of the source of the funds used to fund the loan since its origination, including account name(s), number(s), and amount(s);
(a) Form: S3 registration statement,
(b) Form: 424 (b) (5) prospectuses,
(c) Form: FR 2046 balance sheet(s),
(d) Form: FR 2049 balance sheet(s), Inc.
(e) Form: 2099 balance sheet(s),
(f) Genuine Original Title Page to the Deed of Trust

11.  I request/demand for the information of any and all Pooling and Servicing Agreement (PSA) and the terms of this loan are consistent with the agreement and Prospectus.  A certified copy of all Master Pooling and Service Agreements between the current Servicer CALIBER HOME LOANS, and To review of the PSA, and determined if the Research Department Re: Loan Number 7130832046 Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION  TRUST, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER  PARTICIPATION  TRUST would allegedly be the custodian of the original security instruments such as the Note and Deed Of Trust. Through the process of bank closure under 12 U.S.C. §1821, Bank of America purchase of Countrywide Bank would now be the custodian of those instruments and is likely in possession of the original documents. Also requested is the SEC filings Countrywide Bank Mortgage Pass through certificate series for the note in question is an issue here because that neither the PSA nor the Purchase And Assumption Agreement, both of which must be presented so I may methodically investigate, to ascertain that it specifically identifies this loan as being a part of those actions and it is incumbent upon the beneficiary to produce evidence that it is. CALIBER HOME LOANS Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON

SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION  TRUST, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER  PARTICIPATION  TRUST may be just the servicer for investor: CALIBER HOME LOANS must state who the current BENEFICIARY of the DEED OF TRUST is. Identify all Certificate Holders that must own all rights, title and interest in each and every loan in the pool directly and personally.  The lack of such an assignment and documentation makes it clear there is now a hole in the chain of title.  There is nothing in the history of the loan to indicate how or when the alleged Note that CALIBER HOME LOANS claims it is servicing for is now with LSF9 MASTER  PARTICIPATION  TRUST, who allegedly has possession of the Genuine Original Wet Ink Note and Title Page to the Deed of Trust.

**Notice:** Please be aware that the information contained in or filed with a Registration Statement as that term is defined under 15 USC § 77b(a)(8) shall be made available to the public under 15 U.S.C. § 77f(d) including any amendment thereto and any report, document, or memorandum filed as part of such statement or incorporated therein by reference. **Pursuant 17 CFR 240.12g5-1 provide** the name of the "record holders" and/or the name of "each person who is identified as the owner of such securities on records of security holders maintained by or on behalf of the issuer." A certified copy the Registration Statement as that term is defined under 15 USC § 77b(a)(8), i.e.; Form 8-A (short form) and Form 10 (long form) Registration Statements under the 1934 Act, Form S-1 and S-3 Registration Statement under the 1933 Act.

**The Tax Equity and Fiscal Responsibility Act of 1982** ("TEFRA") Pub. L. 97-248, 96 Stat. 324, a bearer debt security generally must be issued under arrangements reasonably designed to ensure that such obligation will be sold only to a person who is not a United States person and must satisfy certain other conditions identified in the Tax Code § 163(f)(2)(B), and as such please provide:

    a)    The Identify of all parties with ownership interest who have met the criteria as adopted by Treasury Regulation § 1.163-5(c)(i)(D) "TEFRA D" and § 1.163-5(c)(i)(C) "TEFRA C"

    b)    Certified copies of all statements on a U.S. Form W-8 or substitute thereto certifying the owner's non-U.S. status where the obligations issued in registered form are not subject to the TEFRA rules and considered "portfolio interest."

    c)    All information statements and returns filed with the IRS which identifies the name and address of all recipients of interest and original issue discount that meets the provisions of a U.S. obligor making payments to a foreign person under the Tax Code §§ 871(a)(1), 881(a), 1441(a), 1442(a) and § 6049

**A Description** whether the Special Purpose Vehicle or the originator is the "issuer" as that term is defined under 15 USC § 80a-2(a)(22) for registration purposes under the Investment Company Act of 1940;

**A description** whether the pool or securities issued were required to register under the statutory or statistical definition of the 1940 Act? i.e. pursuant 17 CFR 270.3a-7 and if exempt, describe the characteristics that define the exception and avoids all requirements;

**Notice: Nothing in the above requested documentation is proprietary under SEC rules,** and is needed to determine accurate assignee liability and any pecuniary interest of Servicers. Failure to provide the requested information confirms willful deceit on your part, has legal implications and application under 17 CFR § 240.10b-5; (Rule 10b-5), of the 1934 Act, and applies to everyone, including any reference to Internal Revenue Code evasion or money-laundering.

(1) If we accept the proffer from CALIBER HOME LOANS, and its agents Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION  TRUST and its agents that the transaction (i.e, the loan) was done for the express purpose of fulfilling an obligation to investors for backing mortgage bonds through a REMIC asset pool, then why was MERS necessary?

(2) Why wasn't the asset pool disclosed to the borrower?

(3)  Why wasn't the asset pool made the payee on the promissory note at origination of the loan?

(4) Why wasn't the asset pool shown on a recorded assignment immediately after closing as the new payee and secured party?

(5) What was the business purpose of using MERS?

(6) Was the lender the source of funding on the loan or was it too just another nominee?

(7) Is there any identified real party in interest on the note and mortgage as the creditor?

(8) If there is no real party in interest on the note and mortgage, then how can the mortgage be considered perfected when nobody has notice of who they can go to for a satisfaction or release or rescission of the mortgage?

(9) In which document and what provision are the parties at the loan "closing" empowered to identify a party other than the source of funds as the payee and secured party?

(10) Who were the parties to the loan? -- (a) The borrower and the source of funds or (b) the borrower and the holder of paper documenting a transaction that is incomplete (the payee and secured party never fulfilled their obligation to fund the loan)?

(11) If CALIBER HOME LOANS, the servicer's scope of employment, authority or apparent authority was limited to tracking the payments of the borrower only, and did not include accounting for the creditor, then how does the servicer know what is contained in the creditor's accounting records? Since the creditor in any loan subject to claims of securitization received a bond whose indenture provided repayment terms different than those terms signed by the borrower to another party entirely, how can any finding of money damages be determined by any court without a full accounting for all transactions relating to the loan?

(12) What is the identity of the party who was injured by the refusal of the borrower to make any further payments? To what extent were they injured? Are they qualified to submit a "credit bid"

Additional Request For Validation OF Debt

or must they pay cash for the property at auction? If they are not qualified to submit a credit bid then under what legal theory should they be permitted to foreclose or for that matter seek any collection? Are these intermediary parties violating the FDCPA because they are neither the creditor nor the agent of the creditor and yet demanding payment for themselves?

**NOTICE:** CALIBER HOME LOANS and its agents **as a servicer may not enforce a non-owned, bifurcated Deed of Trust that may have been securitized and is no longer enforceable by anyone party in a bogus foreclosure sale.  Therefore, foreclosure is an unwise option.  Litigation will be costly and** CALIBER HOME LOANS servicing position may be declared void by the Court.  Moreover, the Note and Deed of Trust most likely were not properly endorsed or assigned, placed on the MERS system (most likely shredded in the process), are not enforceable by the CALIBER HOME LOANS, and would not be enforceable by all of the true investors that are merely certificate holders.

The new servicing standards make foreclosure a last resort. CALIBER HOME LOANS is required to evaluate homeowners for other loss mitigation options first and are restricted from foreclosing while the homeowner is being considered for a loan modification. The new standards also include procedures and timelines for reviewing loan modification applications and give homeowners the right to appeal denials.

**Based upon the foregoing Michael Brosnahan** believes as all previous requests and demands for validation of this alleged debt sent to OCWEN and thus CALIBER HOME LOANS and your agents have been ignored it is my assumption that the debt claimed in the above referenced case in not a valid debt. If you refuse to provide the requested information it will be considered that you acknowledge that the debt is not owed at all and all documentation obtained to date by Michael Brosnahan, will be forwarded to the, FBI, the Attorney General of Arizona, the Federal Trade Commission, Comptroller of the Currency, Arizona Bar Association and other entities charged with the investigation and prosecution of financial crimes, and consumer protection violations. By law it is also now incumbent on CALIBER HOME LOANS and it agents to report these crimes when discovered above to the proper authorities. Mr.Brosnahan believes CALIBER HOME LOANS OCWEN  may have conspired with Bank of America, (FORMERLY Countrywide) BAC Home Loans Servicing LP, Recontrust Company**,** Mortgage Electronic Registration Systems Incorporated (MERS) Deutsche Bank National Trust Company as Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER  PARTICIPATION  TRUSTin an attempt to use the color of law of debt collection to violate the fundamental principles of equity and law by CALIBER HOME LOANS and its agents attempting to unlawfully garner all three (3) aspects of the transaction by CALIBER HOME LOANS attempting to taking possession of the real property, the note and the money, and leave Mr. Brosnahan "empty handed."  and violates his civil rights.

**At all relevant times,** CALIBER HOME LOANS **or its agents,** Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust

Additional Request For Validation OF Debt

Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER PARTICIPATION  TRUST committed the acts, caused or directed others to commit the acts, or permitted others to commit the acts alleged in this matter.
 Any allegations about the acts of the Corporations means that those acts were committed through their officers, directors, employees, agents, and/or representatives while those individuals were acting within the actual or implied scope of their authority.

**It is imperative that CALIBER HOME LOANS forward this notice to all interested parties, as the *"Real Party Of Interest"* has never truly been identified to Mr. Brosnahan.**

**Notice: All communications or omissions will be considered intentional on your part and made a part of and incorporated into any litigation arising from this matter.**

More importantly CALIBER HOME LOANS and its agents are attempting to unlawfully steal real property from its True Owner by committing the felonious act of filing false and/or forged documents in a public office to fraudulently establish legal ownership that does not exist.

CALIBER HOME LOANS and its agents must accept the full **"Moral Hazard"** of their continued willful ignorance and their actions that continue to purposefully obfuscating facts and laws. CALIBER HOME LOANS and its agents can no longer claim **"plausible deniability"**. CALIBER HOME LOANS and its agents **cannot expect to legally collect on an alleged Loan/Debt it allegedly claims originated on May 25, 2006 and simultaneously turns a blind eye as to the fraudulent nature of the origination, accounting irregularities, statutory violations and false and forged documents that it is maliciously using in an attempt to steal real property.**

Because of the willful concealment and intentional deceptive nature of CALIBER HOME LOANS, or its agents OCWEN,WESTERN PROGRESSIVE-ARIZONA INC, business practice, Mr. Brosnahan unwittingly became entrapped in part of a scheme to issue unregistered mortgage backed securities and the largest banking crisis in history that has resulted in the near collapse of the United States Economy. The scheme is a shell game of deception and deceit regarding the value and ownership of Note and Deed of Trust on their primary residence and the rights and responsibilities arising there under. CALIBER HOME LOANS, WESTERN PROGRESSIVE-ARIZONA INC, OCWEN or its agents is seeking to illegally seize possession of Mr. Brosnahan's home and to obtain a windfall by concealing the true parties to the fraud from an alleged loan, not by these intermediary conduits, because of countervailing financial interests of the "PSA" (Pooling and Servicing Agreement).

If you CALIBER HOME LOANS or its agents are responsible for the servicing this loan that Ocwen Loan Servicing, LLC ("Ocwen")  Bank of America, (Formerly Countrywide) now Deutsche Bank National Trust Company, As Trustee for Bank of America, National Association, CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, Not in its individual capacity but as Trustee of ARLP Trust 4 WILMINGTON TRUST, NATIONAL ASSOCIATION, Not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Noteholder")WESTERN PROGRESSIVE-ARIZONA INC, LSF9 MASTER  PARTICIPATION  TRUST and its agents do not provide me 100% of the information and documentation requested within twenty (20) days, I will consider the purported

Additional Request For Validation OF Debt

debt to be invalid, that you made a mistake, and that you agree that you and your organization are knowingly continuing a frivolous claim against Michael Brosnahan in violation of the law.

**Notice:  This document is not intended to threaten, harass, hinder or obstruct any lawful operations.  It is for the purposes of obtaining lawful remedy as is provided by law. Notice to agent is notice to principal and notice to principal is notice to agent.**

Thank you in advance for your prompt attention in responding and resolving this matter in a timely manner as required by law.

    Sincerely and signed without prejudice,

                             BY: _____ agent

                                 Michael J Brosnahan, *True Owner*

                                Signed reserving all my rights at UCC 1-308


**Copy to:**
Att: Arizona Attorney General Mark Brnovich
Civil Litigation Division
Consumer Protection And Advocacy Office Section
**Re: CIC 15-12425 OCWEN**
**Tucson Office**
400 West Congress
South Building, Suite 315
Tucson, AZ 85701-1367