# Exhibit 8

Federal Trade Commission (FTC) mail receipt 11-14-2016 Federal Trade Commission (FTC) and Letter to Caliber Home Loans, Inc "Notice To Litigate"

No. CV-16-08277-PCT-DLR

# FTC

## FED EX Receipt Cover Sheet

**RECEIVED PACKAGE FROM:** Federal Trade Commission (FTC)

**DATE:** Nov. 14, 2016

**TIME:** 12:15 EST

**WEIGHT:** 11.1 lbs.

FROM: MICHAEL BROSNAHAN
21 Hummingbird Cir
Sedona AZ 86336

NOV 09 2016

TO: CONSUMER RESPONSE CENTER
FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVE NW
WASHINGTON, DC
20580

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE.**

USPS CERTIFIED MAIL TRACKING #7016 0910 0000 7644 8483

RECEIVED
NOV 0 8 2016
FTC CRC

Michael Brosnahan Consumer/Creditor
November 05, 2016
21 Hummingbird Circle
Sedona Az. 86336

"Debt Collector"
USPS CERTIFIED MAIL TRACKING #7016 0910 0000 7644 8483
Courtney Ruiz, Vice President, Customer Support and Escalations
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Please respond to the below with specificity and particularity within five (5) calendar days of receipt of this letter, as time is of the essence, due to your negligent reckless behavior.

Re: CIC 16-009479 / CALIBER HOME LOANS, Hereinafter "Debt Collector"
Re: Alleged Account Number: Loan 9804529874: NOT A VAILD DEBT
Alleged Foreclosure Date: November 23, 2016
Unique Real Property Address: 21 Hummingbird Circle, Sedona, Az. 86336-7012

Notice: Consumer here by demands that Debt Collector, CALIBER HOME LOANS and its agents, immediately Cease and Desist any and all Foreclosure actions.

Dear "Debt Collector Courtney Ruiz, Vice President, Caliber Home Loans, Inc.,

Thank you once again for admitting in your communication dated October 21,2016 and October 27, 2016 that you and your company Caliber Home Loans, Inc. are, in no uncertain terms, a "debt collector" pursuant to 15 USC 1692 (FDCPA), and, as such have no standing to continue any action, including foreclosure, pursuant to § 1692 g(B) Collector must cease collection efforts until debt is validated and § 1692 b(3) § 1692 d(1) § 1692 e(4) § 1692 e(6) § 1692 e(9) § 1692 g(a)(5) 1692f (6) Taking or threatening to take any non-judicial action to effect dispossession or disablement of property is not allowed under FDCPA, state law and others.

As a debt collector, your actions have been and are a violation of 15 USC 1692 and you are liable for each and every violation. Pursuant to the FDCPA and state and federal consumer protection laws, be advised that I, the consumer, have the "right of private action" and can seek protection and enforcement within an Article III court of competent jurisdiction. Your wanton violations of the FDCPA signify that you accept the full "Moral Hazard" of your continued malicious and willful ignorance and by your actions, you personally can no longer claim "plausible deniability" of the intentional and irreparable harm created.

Based on your admission (contained in your communication's disclosure statement), all involved parties are jointly and severally liable, including but not limited to all CALIBER HOME

LOANS and its agents', Ms. Courtney Ruiz, Vice President, and all other associated persons disclosed by and through any and all signatures on all communications sent to the consumer in your attempt to steal his unique real property through a non judicial foreclosure using false and forged documents.

As a matter of record and fact, the consumer, acting in good faith repeatedly has brought to your attention that there are numerous fabrications, misrepresentations and violations to address in "Debt Collector" CALIBER HOME LOANS, and its agents', non-response communications.

As with your previous communications, your most recent violates 15 USC § 1692 e(2) Character, amount, or legal status of the alleged debt, 15 USC 1692c § 805 and demonstrates willful concealment; this is profane and obscene to me, the consumer, in accordance with 15 USC 1692d(2), dated October 21,2016 and October 27, 2016 from your office via mail and in violation of 15 USC 1692g (a) (b) Notice. CALIBER HOME LOANS and its agents are purposely obfuscating facts and avoided important issues. Sending hearsay unsubstantiated accounting of false and forged documentation is a serious violation of the FDCPA.

In addition to the above facts and in violation of 15 USC 1692d §806, Debt Collector, Caliber Home Loans Inc. and its agents, have continuously trespassed, harassed and abused me, the consumer, and are liable for each and every count. Additionally, Debt Collector is in violation of 15 USC 1692e § 807, as it has made and continues to make false and misleading representations in its communications to me, the consumer, without my "consent" in accordance with 15 USC 1692c, and without being "authorized" and engaged in identity theft.

"Debt Collector" CALIBER HOME LOANS and its agents refuse to or is unable to provide a sufficient legal basis for its illegal intrusion into my credit file, erroneous credit reporting, misleading accounting, dunning letters demanding payment, Non Judicial Foreclosure and all other violations. Exercising my right to private action, I will bring suit against you, personally, and your agency for violations of federal and state consumer protection laws. Therefore, this notice can be construed as a Notice of Intent to bring such action, as your non-response does not support a legal debt "owed" to your agency.

Debt Collector, Caliber Home Loans Inc. and its agents, threaten the consumer in an attempt to unlawfully take possession of (i.e.,"steal) Unique Real Property from me, the consumer, by filing on August 24, 2016 false and/or forged documents in a public office to establish legal ownership and clouding the title; this is a clear violation of Arizona A.R.S. § 39-161, and other laws, which prohibits any unlawful proceeding against the consumer to garner the false presumption that Debt Collector has standing to foreclose.

At all relevant times, "Debt Collector" CALIBER HOME LOANS and its agents committed the acts, caused or directed others to commit the acts, or permitted others to commit the acts alleged in this matter. Any allegations about the acts of the Corporations means that those acts were committed through their officers, directors, employees, agents, and/or representatives while those individuals were acting within the actual or implied scope of their authority.

USPS CERTIFIED MAIL TRACKING #7016 0910 0000 7644 8483

Should you continue to choose and pursue your unlawful Foreclosure, trespass, harassment, threats, identity theft and other actions, pursuant to your admission, you are doing so with full knowledge and understanding and FOR THE RECORD, accept all associated liabilities, penalties, fees, fines and punitive damages etc.

**Notice:** This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purposes of obtaining lawful remedy as is provided by law. Notice to agent is notice to principal and notice to principal is notice to agent.

Thank you in advance for your prompt attention in responding and resolving this matter in a timely manner as required by law.

Sincerely and signed without prejudice,

BY: _____

Michael J Brosnahan, Consumer/Creditor

Copy to:
USPS CERTIFIED MAIL TRACKING # 7016 0910 0000 7644 8469
**Re: CIC 16-009479 / CALIBER HOME LOANS, "Debt Collector"**
Arizona Attorney General Mark Brnovich
Civil Litigation Division
Consumer Protection and Advocacy Office Section
Tucson Office
400 West Congress
South Building, Suite 315
Tucson, AZ 85701-1367

Copy to:
USPS CERTIFIED MAIL TRACKING #7016 0910 0000 7644 8476
Consumer Response Center
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580