1

2

3

4

5

6           **UNITED STATES DISTRICT COURT**

7               **DISTRICT OF ARIZONA**

8

9    MICHAEL J. BROSNAHAN,                    No. CV-16-08277-PCT-DLR

10              Plaintiff,

11       v.                                   **[PROPOSED] ORDER GRANTING
                                              DEFENDANTS' MOTION TO
12                                            DISMISS THE SECOND AMENDED
                                              COMPLAINT**
13   CALIBER HOME LOANS, INC., LSF9
     MASTER PARTICIPATION TRUST, and          (Honorable Douglas L. Rayes)
14   SUMMIT SERVICE AND REALTY LLC

15              Defendants.

16   ─────────────────────────────────

17       Having considered the moving and opposition papers on Defendants Caliber Home

18   Loans, Inc., LSF9 Master Participation Trust, and Summit Service and Realty LLC

19   (collectively "Defendants") Motion to Dismiss Plaintiff's Second Amended Complaint,

20   arguments, and all other matters presented to the Court, and for good cause appearing:

21       **IT IS ORDERED** granting Defendants' Motion to Dismiss.  The Second

22   Amended Complaint in this case is ordered dismissed with prejudice.

23

24

25

26

27

28