Michael J Brosnahan
21 Hummingbird Circle
Sedona Az. 86336
mtk63@hotmail.com
(928) 300-6030

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 0 6 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN, | No. CV-16-08277-PCT-DLR |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, AND SUMMIT SERVICE AND REALTY LLC AND/OR Real Party(s) In Interest: | |
| Defendants. | |

Notice is hereby given that Plaintiff Michael J. Brosnahan Consumer, appearing pro se, hereby appeals to the United States Court of Appeals for the 9th Circuit from the Order and Motion to Dismiss on March 14, 2018.

RESPECTFULLY SUBMITTED: This 6th Day of April, 2018.

BY: _____, agent
Consumer Claimant Michael J Brosnahan,
Sincerely and signed without prejudice