```
FILED ____ LODGED
RECEIVED ____ COPY

APR 0 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX195603
Cashier ID: lbrewste
Transaction Date: 04/06/2018
Payer Name: MICHAEL J BROSNAHAN

NOTICE OF APPEAL/DOCKETING FEE
 For: MICHAEL J BROSNAHAN
 Case/Party: D-AZX-2-16-CV-008277-001
 Amount:        $505.00

CREDIT CARD
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00


A fee of $53 will be assessed on
all returned remittances.
```