Michael J Brosnahan
21 Hummingbird Circle
Sedona Az. 86336
mtk63@hotmail.com
(928) 300-6030

```
___ FILED    ___ LODGED
___ RECEIVED ___ COPY
      APR 0 6 2018
  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. BROSNAHAN, | No. CV-16-08277-PCT-DLR |
| Plaintiff, | |
| v. | **JUDICIAL NOTICE** |
| CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST, AND SUMMIT SERVICE AND REALTY LLC AND/OR Real Party(s) In Interest: | (Honorable Douglas L. Rayes) |
| Defendants. | |

    Plaintiff Michael J. Brosnahan, Consumer, appearing pro se, Objects to the Order and Motion to Dismiss With Prejudice, March 14, 2018. The Order is punitive and is an attempt to rewrite history by ignoring facts and concealing evidence before this Federal Court.

    Plaintiff Michael J. Brosnahan, Consumer, appearing pro se, Original Jurisdiction, Federal Question 28 U.S.C. § 1331. Consumer submitted into evidence a Valid TILA rescission letter dated May 15, 2009, that memorialized this Event. This letter was in fact effective by operation of law upon delivery or mailing. This clearly demonstrated to the Court that the Defendants knowingly violated the FDCPA and willfully broke other Federal Consumer Protection Laws. In accordance with Federal Law and in compliance

with the TILA Rescission Statutes, Plaintiff's Consumer Debt is unenforceable.

Consumer has diligently and consistently acted in good faith and lawfully noticed the Federal Court, all relevant Authorities, Agencies and Defendants' jointly or separately to enforce his Consumer Rights since January 2009.

Mr. Brosnahan, although not schooled in law, is still entitled to a fair and meaningful hearing under the United States of America Constitution Article III section II, the right sought to be protected herein are secured by the United States of America Constitution by Acts of Congress, and federal common law and the Supremacy Clause of the United States Constitution, Article VI, paragraph 2.

The bias of this Court is clear as the Honorable Douglas L. Rayes, Judge, held Pro Se Consumer Plaintiff, who is not schooled in law, to a higher standard than Defendants Caliber Home Loans, Inc., LSF9 Master Participation Trust, and Summit Service and Realty LLC (collectively "Defendants"). Defendants and Defendant's attorneys were allowed to, including but not limited, break Federal Consumer Protection Laws, Violate FRCP, use false, forged and fabricated documents and file false affidavits, with impunity.

This Court allowed Debt Collector Defendants and Defendant's attorneys to knowingly, intelligently, willfully and with malice aforethought, to commit fraud upon this Court, this Consumer Plaintiff, the State of Arizona, the body politic of Arizona and the United States of America.

This Court allowed an Abuse Of Process by Defendants' in an attempt to have this Federal Court pre-litigate and rubber-stamp the Defendant's malfeasance with a pre-trail motion that would cause Irreparable Harm to Consumer Plaintiff and violates the Plaintiff's Constitutional Rights. Our Federal Court should not be collection agencies for criminals and Mr. Brosnahan will be appealing the Court decision.

RESPECTFULLY SUBMITTED: This 6th Day of April, 2018.

BY: _____, agent
Consumer Claimant Michael J Brosnahan,
Sincerely and signed without prejudice,

# CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE
ORIGINAL and COPY of the foregoing
Delivered and Filed with the Clerk of the Court,
This 06th Day of April, 2018,
The Honorable Douglas L. Rayes
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


Conformed COPY of the foregoing
Perkins Coie LLP
Brian C. Lake
Kendra L. Haar
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
*Attorneys for Defendants Caliber Home Loans, LSF9 Master Participation Trust, and Summit Services and Realty LLC*